Gregory P. Olson (Ca. Bar No. 177942)
LAW OFFICE OF GREGORY P. OLSON
501 West Broadway, Suite 1370
San Diego, CA 92101
Telephone: (619) 564-3650
Facsimile: (619) 233-1969
greg@olsonesq.com

Daniel Kotchen (*Pro Hac Vice Application Forthcoming*)
Daniel Low (*Pro Hac Vice Application Forthcoming*)
Robert Klinck (*Pro Hac Vice Application Forthcoming*)
KOTCHEN & LOW LLP
2300 M Street NW, Suite 800
Washington, DC 20037
Telephone (202) 416-1848
Facsimile: (202) 280-1128
dkotchen@kotchen.com
dlow@kotchen.com
rklinck@kotchen.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBREEL HOLDINGS LLC; YONTOO LLC; and THEME YOUR WORLD LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 3:12-CV-00668-W-KSC<br><br>**DECLARATION OF MARKUS LEVIN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hon. Thomas J. Whelan<br><br>Hearing Date:   April 23, 2012<br>Hearing Time:  10:00 a.m.<br>Dept:                   Courtroom 7 |

## DECLARATION OF MARKUS LEVIN

I, Markus Levin, declare as follows:

1.  I am the Chief Executive Officer of Sterkly LLC, which is a subsidiary of Sambreel Holdings LLC ("Sambreel"). My primary responsibility is to interact with the entities that market Sambreel's products.

2.  Sambreel uses a number of entities to market or advertise its products to acquire new

users. One entity that Sambreel used in the past was Neverblue, which is known as an affiliate network. Neverblue used third parties to market Sambreel's products. In addition to affiliate network marketing, Neverblue offers traditional online advertising and social networking advertising.

3.  In August 2011, Sambreel learned that Facebook had approached Neverblue regarding its marketing of Sambreel products. Based on those discussions, we learned that Facebook was threatening to deactivate any Neverblue links that appeared on Facebook if Neverblue continued to market PageRage.

4.  Neverblue ceased doing business with Sambreel as a result of Facebook's pressure.

5.  Exhibit 19 to Sambreel's Notice of Lodgment is a true and correct copy of an e-mail sent by Reed Pridy of Neverblue and received by one of my direct reports – Marko Nikolic – on August 29, 2011.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of March 2012, at Carlsbad, California.

_____
Markus Levin

DECLARATION OF MARKUS LEVIN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION