Gregory P. Olson (Ca. Bar No. 177942)
LAW OFFICE OF GREGORY P. OLSON
501 West Broadway, Suite 1370
San Diego, CA 92101
Telephone: (619) 564-3650
Facsimile: (619) 233-1969
greg@olsonesq.com

Daniel Kotchen (*Pro Hac Vice Application Forthcoming*)
Daniel Low (*Pro Hac Vice Application Forthcoming*)
Robert Klinck (*Pro Hac Vice Application Forthcoming*)
KOTCHEN & LOW LLP
2300 M Street NW, Suite 800
Washington, DC 20037
Telephone (202) 416-1848
Facsimile: (202) 280-1128
dkotchen@kotchen.com
dlow@kotchen.com
rklinck@kotchen.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBREEL HOLDINGS LLC; YONTOO LLC; and THEME YOUR WORLD LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 3:12-CV-00668-W-KSC<br><br>**DECLARATION OF ROBERT KLINCK IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hon. Thomas J. Whelan<br><br>Hearing Date: April 23, 2012<br>Hearing Time: 10:00 a.m.<br>Dept: Courtroom 7 |

### DECLARATION OF ROBERT KLINCK

I, Robert Klinck, declare as follows:

1. I am one of the attorneys representing Sambreel Holdings LLC, Yontoo LLC, and Theme Your World LLC.

2. Exhibit 1 to Sambreel's Notice of Lodgment is a true and correct copy of excerpts from the Form S-1 filed with the United States Securities and Exchange Commission by Facebook, Inc. on February 1, 2012. This document was downloaded on March 16, 2012.

3. Exhibit 2 to Sambreel's Notice of Lodgment is a true and correct copy of an article published by Adweek entitled "Data Points: Social System Facebook is still the biggest social network, but its growth has spawned many smaller options," which is dated February 7, 2012. This article is available at: www.adweek.com/news/advertising-branding/data-points-social-system-137981?utm_source=twitterfeed&utm_medium=twitter.

4. Exhibit 3 to Sambreel's Notice of Lodgment is a true and correct copy of a press release by Experian Hitwise entitled "Facebook was the top search term for third straight year," which is dated December 21, 2011. This press release is available at: http://www.experian.com/hitwise/press-release-facebook-was-the-top-search-term-for-2011.html.

5. Exhibit 4 to Sambreel's Notice of Lodgment is a true and correct copy of a weblog entitled "10 Key Statistics about Facebook," which is dated February 2, 2012. This weblog is available at: http://weblogs.hitwise.com/heather-dougherty/2012/02/10_key_statistics_about_facebo_1.html.

6. Exhibit 5 to Sambreel's Notice of Lodgment is a true and correct copy of a report by comScore entitled "U.S. Digital Future in Focus 2012," which is dated February 9, 2012. I downloaded a copy of this document in February 2012. The document is available for download at: http://www.comscore.com/Press_Events/Presentations_Whitepapers/2012/2012_US_Digital_Future_in_Focus.

7. Exhibit 6 to Sambreel's Notice of Lodgment is a true and correct copy of a press release by comScore entitled "U.S. Online Display Advertising Market Delivers 1.1 Trillion Impressions in Q1 2011," which is dated May 4, 2011. This document is available at: http://www.comscore.com/Press_Events/Press_Releases/2011/5/U.S._Online_Display_Advertising_Market_Delivers_1.1_Trillion_Impressions_in_Q1_2011.

8. Exhibit 7 to Sambreel's Notice of Lodgment is a true and correct copy of a press release by comScore entitled "Americans Received 1 Trillion Display Ads in Q1 2010 as Online Advertising Market Rebounds from 2009 Recession," which is dated May 13, 2010. This document is available at: http://www.comscore.com/Press_Events/Press_Releases/2010/5/Americans_Received_1_Trillion_Display_Ads_in_Q1_2010_as_Online_Advertising_Market_Rebounds_from_2009_Recession.

9. Exhibit 8 to Sambreel's Notice of Lodgment is a true and correct copy of a screenshot of a page on Facebook's website entitled "Advertising Providers on Facebook Platform." I created this screenshot on March 3, 2012. The web address for this page is: http://developers.facebook.com/adproviders/.

10. Exhibit 9 to Sambreel's Notice of Lodgment is a true and correct copy of a screenshot of a page on Facebook's website entitled "Facebook Advertising Guidelines." I created this screenshot on March 15, 2012. The web address for this page is: http://www.facebook.com/ad_guidelines.php.

11. Exhibit 10 to Sambreel's Notice of Lodgment is a true and correct copy of a screenshot of a page on Facebook's website entitled "Platform Terms for Advertising Partners." I created this screenshot on March 3, 2012. The web address for this page is: http://developers.facebook.com/ad_provider_terms/.

12. Exhibit 22 to Sambreel's Notice of Lodgment is a true and correct copy of excerpts from an article by David S. Evans entitled "The Online Advertising Industry: Economics, Evolution, and Privacy." The article is available at: http://www.intertic.org/Policy%20Papers/EvansEOAI.pdf.

13. Exhibit 23 to Sambreel's Notice of Lodgment is a true and correct copy of a report prepared by the Interactive Advertising Bureau entitled "IAB Platform Status Report: User Generated Content, Social Media, and Advertising – An Overview," which is dated April 2008. This document is available at: http://www.iab.net/media/file/2008_ugc_platform.pdf.

14. Exhibit 24 to Sambreel's Notice of Lodgment is a true and correct copy of a report created by the CMO Survey entitled "Highlights and Insights," which is dated February 2012. The report is available for download at: http://cmosurvey.org/results/.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of March 2012, at Washington, D.C.

*[signature]*

Robert Klinck

DECLARATION OF ROBERT KLINCK IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION