Gregory P. Olson (Ca. Bar No. 177942)
LAW OFFICE OF GREGORY P. OLSON
501 West Broadway, Suite 1370
San Diego, CA 92101
Telephone: (619) 564-3650
Facsimile: (619) 233-1969
greg@olsonesq.com

Daniel Kotchen (*Pro Hac Vice Application Forthcoming*)
Daniel Low (*Pro Hac Vice Application Forthcoming*)
Robert Klinck (*Pro Hac Vice Application Forthcoming*)
KOTCHEN & LOW LLP
2300 M Street NW, Suite 800
Washington, DC 20037
Telephone (202) 416-1848
Facsimile: (202) 280-1128
dkotchen@kotchen.com
dlow@kotchen.com
rklinck@kotchen.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBREEL HOLDINGS LLC; YONTOO LLC; and THEME YOUR WORLD LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 3:12-CV-00668-W-KSC<br><br>**DECLARATION OF ANDREW SULLIVAN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hon. Thomas J. Whelan<br><br>Hearing Date:   April 23, 2012<br>Hearing Time:  10:00 a.m.<br>Dept:                  Courtroom 7 |

**DECLARATION OF ANDREW SULLIVAN**

I, Andrew Sullivan, declare as follows:

1. I am the President and Chief Executive Officer of Jeetyet Media, which is a subsidiary of Sambreel Holdings LLC ("Sambreel"). My primary responsibility is to interact with the entities that purchase advertising from Sambreel.

2. Beginning in July 2011, I began to hear that Facebook was approaching Sambreel's

advertising partners. These advertising partners informed me that Facebook asserted that advertising with PageRage was a violation of Facebook's policies. Facebook told these firms that they would not be allowed to continue to work with Facebook or the applications that operate on Facebook if they continued to do business with PageRage.

3. Between August and November 2011, seven of Sambreel's advertising partners stopped doing business with PageRage. These entities are Rubicon Project, AdMeld, OpenX, Advertising.com, LifeStreet, SayMedia, and Microsoft Media Network. Before Facebook's interference, purchases made or brokered by these entities represented more than 80 percent of the advertising revenue for PageRage.

4. I am aware of three of Sambreel's advertising partners who would not agree to Facebook's demands – ValueClick, Underdog, and CPX. These entities have been removed from Facebook's list of approved advertisers for developers on the Facebook Platform.

5. Exhibit 18 to Sambreel's Notice of Lodgment is a true and correct copy of an e-mail I received from Todd Rosenberg at OpenX on November 23, 2011.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of March 2012, at Carlsbad, California.

*Andrew Sullivan*

DECLARATION OF ANDREW SULLIVAN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION