Gregory P. Olson (Ca. Bar No. 177942)
LAW OFFICE OF GREGORY P. OLSON
501 West Broadway, Suite 1370
San Diego, CA 92101
Telephone: (619) 564-3650
Facsimile: (619) 233-1969
greg@olsonesq.com

Daniel Kotchen (*Pro Hac Vice Application Forthcoming*)
Daniel Low (*Pro Hac Vice Application Forthcoming*)
Robert Klinck (*Pro Hac Vice Application Forthcoming*)
KOTCHEN & LOW LLP
2300 M. Street NW, Suite 800
Washington, DC 20037
Telephone (202) 416-1848
Facsimile: (202) 280-1128
dkotchen@kotchen.com
dlow@kotchen.com
rklinck@kotchen.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBREEL HOLDINGS LLC; YONTOO LLC; and THEME YOUR WORLD LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 3:12-CV-00668-W-KSC<br><br>**NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Hon. Thomas J. Whelan<br><br>Hearing Date: April 23, 2012<br>Hearing Time: 10:00 a.m.<br>Dept: Courtroom 7 |

Plaintiffs Sambreel Holdings LLC, Yontoo LLC, and Theme Your World LLC (collectively "Sambreel") hereby lodges the following exhibits in support of its Motion for a Preliminary Injunction:

- Exhibit 1 – Excerpts of Form S-1 Filed By Facebook, Inc.;
- Exhibit 2 – Adweek, Data Points: Social System Facebook is still the biggest social network, but its growth has spawned many smaller options;
- Exhibit 3 – Experian Hitwise, Facebook was the top search term for third straight year;

- Exhibit 4 – Experian, 10 Key Statistics about Facebook;
- Exhibit 5 – comScore, U.S. Digital Future in Focus 2012;
- Exhibit 6 – comScore, U.S. Online Display Advertising Market Delivers 1.1 Trillion Impressions in Q1 2011;
- Exhibit 7 – comScore, Americans Received 1 Trillion Display Ads in Q1 2010 as Online Advertising Market Rebounds from 2009 Recession;
- Exhibit 8 – Screenshot of Facebook Page Entitled "Advertising Providers on Facebook Platform";
- Exhibit 9 – Screenshot of Facebook Page Entitled "Facebook's Advertising Guidelines";
- Exhibit 10 – Screenshot of Facebook Page Entitled "Facebook Platform Terms for Advertising Partners";
- Exhibit 11 – E-mail from Facebook Platform Team to A. Trouw (Jul. 16, 2009);
- Exhibit 12 – E-mail chain between Facebook Platform Team and A. Trouw (Jul. 2009);
- Exhibit 13 – Letter from J. Cutler to Yontoo Technology, Inc. dated October 10, 2010;
- Exhibit 14 – Letter from M. Radcliffe to J. Cutler dated November 11, 2010;
- Exhibit 15 – Letter from J. Cutler to M. Radcliffe dated January 24, 2011;
- Exhibit 16 – Letter from M. Radcliffe to J. Cutler dated March 23, 2011;
- Exhibit 17 – E-mail from Facebook to Rubicon Project dated August 2011;
- Exhibit 18 – E-Mail from T. Rosenberg to A. Sullivan dated November 23, 2011;
- Exhibit 19 – E-mail from R. Pridy to J. Morris et al. dated August 29, 2011;
- Exhibit 20 – Letter from J. Cutler to M. Radcliffe dated December 5, 2011;
- Exhibit 21 – Screenshot of gating message received by PageRage user;
- Exhibit 22 – David S. Evans, "The Online Advertising Industry: Economics, Evolution, and Privacy";
- Exhibit 23 – Interactive Advertising Bureau, "IAB Platform Status Report: User Generated Content, Social Media, and Advertising – An Overview"; and
- Exhibit 24 – CMO Survey, "Highlights and Insight" (February 2012).

NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

These exhibits are more fully described in the Declarations of Arie Trouw, Brad Miller, Andrew Sullivan, Markus Levin, and Robert Klinck.

Dated: March 19, 2012

LAW OFFICE OF GREGORY P. OLSON

By: s/ Gregory P. Olson
Attorney for Plaintiffs
E-mail: greg@olsonesq.com

and

KOTCHEN & LOW LLP
DANIEL KOTCHEN
DANIEL LOW
ROBERT KLINCK

NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION