Gregory P. Olson (Ca. Bar No. 177942)
LAW OFFICE OF GREGORY P. OLSON
501 West Broadway, Suite 1370
San Diego, CA 92101
Telephone: (619) 564-3650
Facsimile: (619) 233-1969
greg@olsonesq.com

Daniel Kotchen (*Pro Hac Vice Application Forthcoming*)
Daniel Low (*Pro Hac Vice Application Forthcoming*)
Robert Klinck (*Pro Hac Vice Application Forthcoming*)
KOTCHEN & LOW LLP
2300 M Street NW, Suite 800
Washington, DC 20037
Telephone (202) 416-1848
Facsimile: (202) 280-1128
dkotchen@kotchen.com
dlow@kotchen.com
rklinck@kotchen.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBREEL HOLDINGS LLC; YONTOO LLC; and THEME YOUR WORLD LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 3:12-CV-00668-W-KSC<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

**CORPORATE DISCLOSURE STATEMENT**

Sambreel Holdings LLC, Yontoo LLC, and Theme Your World LLC state as follows:

1.  Sambreel Holdings LLC is a wholly owned subsidiary of Pike Holdings Inc. There are no publicly held corporations that hold an interest in either Sambreel Holdings LLC or Pike Holdings Inc.

2.  Yontoo LLC is a wholly owned subsidiary of Sambreel Holdings LLC.

3.  Theme Your World LLC is a wholly owned subsidiary of Sambreel Holdings LLC.

| | | |
|---|---|---|
| 1 | Dated: March 21, 2012 | LAW OFFICE OF GREGORY P. OLSON |
| 2 | | |
| 3 | | By: s/ Gregory P. Olson |
| | | Attorney for Plaintiffs |
| 4 | | E-mail: greg@olsonesq.com |
| 5 | | and |
| 6 | | KOTCHEN & LOW LLP |
| 7 | | DANIEL KOTCHEN |
| | | DANIEL LOW |
| 8 | | ROBERT KLINCK |

-2-

CORPORATE DISCLOSURE STATEMENT