# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBREEL HOLDINGS LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | CASE 12-CV-668 W (KSC) <br><br> **ORDER VACATING HEARING DATE FOR PRELIMINARY INJUNCTION [DOC. 3]** |

On March 19, 2012, Plaintiffs filed suit against Defendant Facebook, Inc., alleging various antitrust violations and unfair business practices. (*Compl.* [Doc. 1].) That day Plaintiffs also filed a motion for preliminary injunction, which this Court set for hearing on April 23, 2012. (*Mot. Prelim. Inj.* [Doc. 3].) Because this Court now intends to recuse from this matter, Plaintiffs' April 23, 2012 hearing date is **VACATED**. Plaintiffs may contact the next-assigned court to reschedule a hearing for their motion.

**IT IS SO ORDERED.**

DATED: March 23, 2012

_____
Hon. Thomas J. Whelan
United States District Judge
Southern District of California