MINUTES OF THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Case Name:     ***Sambreel Holdings, LLC, et al. v. Facebook, Inc.***     Case Number:     **12cv668-CAB (KSC)**

Hon. Cathy Ann Bencivengo          Ct. Deputy L. Hernandez          Rptr. Tape:

The hearing on the Motion for Preliminary Injunction [Doc. No. 3] has been RESET for **April 25, 2012** at **3:30** PM in Courtroom 2 before Hon. Cathy Ann Bencivengo.

Any opposition must be filed on or before **April 6, 2012**.  A reply brief may be filed on or before **April 13, 2012**. Plaintiff's counsel shall serve a copy of this Minute Order upon Defendant by no later than **March 29, 2012** and file a proof of service with the Court forthwith.

**IT IS SO ORDERED.**

Date:     March 27, 2012

Initials: BFG

cc: All Counsel (chmb)