1 | Gregory P. Olson (Ca. Bar No. 177942)
LAW OFFICE OF GREGORY P. OLSON
2 | 501 West Broadway, Suite 1370
San Diego, CA 92101
3 | Telephone: (619) 564-3650
Facsimile: (619) 233-1969
4 | greg@olsonesq.com

5 | Daniel Kotchen (*Pro Hac Vice Application Forthcoming*)
Daniel Low (*Pro Hac Vice Application Forthcoming*)
6 | Robert Klinck (*Pro Hac Vice Application Forthcoming*)
KOTCHEN & LOW LLP
7 | 2300 M Street NW, Suite 800
Washington, DC 20037
8 | Telephone (202) 416-1848
Facsimile (202) 280-1128
9 | dkotchen@kotchen.com
dlow@kotchen.com
10 | rklinck@kotchen.com

11 | *Attorneys for Plaintiffs*

12

IN THE UNITED STATES DISTRICT COURT

13

SOUTHERN DISTRICT OF CALIFORNIA

14

15

| | |
|---|---|
| SAMBREEL HOLDINGS LLC; YONTOO LLC; and THEME YOUR WORLD LLC, | Case No. 3:12-CV-00668-CAB-KSC |
| Plaintiffs, | **NOTICE OF ORDER RESETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | |
| FACEBOOK, INC., | Hon. Cathy Ann Bencivengo |
| Defendant. | Hearing Date:  April 25, 2012<br>Hearing Time:  3:30 p.m.<br>Dept:  Courtroom 2 |

23 | TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

24 |     PLEASE TAKE NOTICE THAT the hearing on the Motion for Preliminary Injunction [Doc. No.

25 | 3] has been RESET for April 25, 2012 at 3:30 p.m. in Courtroom 2 before Hon. Cathy Ann Bencivengo.

26 | Any opposition must be filed on or before April 6, 2012.  A reply may be filed on or before April 13,

27 | 2012.  A true and correct copy of the Court's order dated March 27, 2012 is attached hereto.

28

1  Dated:  March 27, 2012

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICE OF GREGORY P. OLSON


By: _s/  Gregory P. Olson_
      Attorney for Plaintiffs
      E-mail: greg@olsonesq.com

and

KOTCHEN & LOW LLP
   DANIEL KOTCHEN
   DANIEL LOW
   ROBERT KLINCK

NOTICE OF ORDER RESETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION

## MINUTES OF THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Case Name:  ***Sambreel Holdings, LLC, et al. v. Facebook, Inc.***   Case Number:   **12cv668-CAB (KSC)**

Hon. Cathy Ann Bencivengo        Ct. Deputy L. Hernandez         Rptr. Tape:

The hearing on the Motion for Preliminary Injunction [Doc. No. 3] has been RESET for **April 25, 2012** at **3:30** PM in Courtroom 2 before Hon. Cathy Ann Bencivengo.

Any opposition must be filed on or before **April 6, 2012**.  A reply brief may be filed on or before **April 13, 2012**. Plaintiff's counsel shall serve a copy of this Minute Order upon Defendant by no later than **March 29, 2012** and file a proof of service with the Court forthwith.

**IT IS SO ORDERED.**

Date:        March 27, 2012

Initials: BFG

cc: All Counsel (chmb)

| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| SAMBREEL HOLDINGS LLC v. FACEBOOK, INC. | |
| Gregory P. Olson (Ca. Bar No. 177942)<br>Law Office of Gregory P. Olson<br>501 West Broadway, Ste. 1370<br>San Diego, CA 92101<br>(619) 564-3650<br>greg@olsonesq.com<br><br>Daniel Kotchen (Pro Hac Vice Application Forthcoming)<br>Daniel Low (Pro Hac Vice Application Forthcoming)<br>Robert Klinck (Pro Hac Vice Application Forthcoming)<br>KOTCHEN & LOW LLP<br>2300 M Street NW, Suite 800<br>Washington, DC 20037<br>(202) 416-1848<br>dkotchen@kotchen.com<br>dlow@kotchen.com<br>rklinck@kotchen.com | |

| Attorneys for:<br>Plaintiffs SAMBREEL HOLDINGS LLC; YONTOO LLC; and THEME YOUR WORLD LLC | HEARING DATE-TIME-DEPT<br>Hon.  Cathy Ann Bencivengo<br>Date:  April 25, 2012<br>Time:  3:30 p.m.<br>Dept:  Courtroom 2 | CASE NUMBER<br><br>3:12-CV-00668-CABKSC |
|---|---|---|

## DECLARATION OF SERVICE

I am employed in the County of San Diego, California, in the office of a member of the bar of this Court at whose direction the service was made. I am over the age of eighteen years and not a party to the within action.  My business address is 501 West Broadway, Suite 1370, San Diego, California 92101.

On March 27, 2012, I served the following document(s) on the interested parties in this action:

## (1) NOTICE OF ORDER RESETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION

| Defendant FACEBOOK, INC. | Agent for Service of Process:<br>Corporation Service Company which will do business in California as CSC – Lawyers Incorporating Service<br>2730 Gateway Oaks Drive, Suite 100<br>Sacramento, CA 95833<br><br>James Basile (via email and U.S. mail)<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>jbasile@kirkland.com |
|---|---|

|  | Craig Clark, Esq. (via email only)<br>Legal Department<br>FACEBOOK, INC.<br>1601 Willow Road<br>Menlo Park, CA 94025<br>cwg@fb.com |
|---|---|

_X_   **BY MAIL:** - I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_x_   **BY ELECTRONIC MAIL:** On said date, I transmitted the aforementioned document via email to the above-named e-mail addresses from greg@olsonesq.com, and the transmission was reported as complete and without error.

_____   **BY FACSIMILE TRANSMISSION:** from fax no. 619.233.1969 to the *above-listed facsimile number*. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine.

_____   **BY OVERNIGHT DELIVERY:** I deposited such envelope in a box or facility regularly maintained by the express service carrier in an envelope or package designated by the express service carrier with delivery fees provided for.

_X_   (Federal) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 27, 2012 at San Diego, California.

s/_____
Gregory P. Olson