James F. Basile (SBN 228965)
james.basile@kirkland.com
Elizabeth L. Deeley (SBN 230798)
elizabeth.deeley@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Susan Davies (*Pro Hac Vice Application Forthcoming*)
susan.davies@kirkland.com
Ian R. Conner (*Pro Hac Vice Application Forthcoming*)
ian.conner@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Attorneys for Defendant
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBREEL HOLDINGS LLC; YONTOO LLC; and THEME YOUR WORLD LLC,<br><br>            Plaintiffs,<br><br>      vs.<br><br>FACEBOOK, INC.,<br><br>            Defendant. | CASE NO. 12-CV-00668-CAB-KSC<br><br>**DEFENDANT FACEBOOK, INC.'S EX PARTE APPLICATION FOR AN EXPEDITED RULE 16 SCHEDULING CONFERENCE AND AN ORDER FOR EXPEDITED BRIEFING AND DISCOVERY**<br><br>Judge:          Hon. Cathy Ann Bencivengo<br>Hearing Date:<br>Hearing Time:<br>Dept.:           Courtroom 2 |

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   Pursuant to Civil Local Rule 83.3(h) and the Court's Civil Case Procedures, Defendant
3   Facebook, Inc., by and through its counsel, respectfully submits this application, on an *ex parte*
4   basis, for a) an order setting a Rule 16 initial case scheduling conference this week or at the Court's
5   earliest convenience, and/or b) an order setting an expedited motion to dismiss briefing schedule and
6   an expedited discovery and briefing schedule for Sambreel's preliminary injunction motion.

7   Facebook provided timely advance notice of this application to Plaintiffs' counsel and
8   Plaintiffs oppose the relief sought by this application. (*See* attached Declaration of James F. Basile
9   ¶ 2).

11  DATED:  March 28, 2012              Respectfully submitted,
                                         KIRKLAND & ELLIS LLP

                                         *s/ James F. Basile*
                                         James F. Basile
                                         james.basile@kirkland.com
                                         Elizabeth L. Deeley
                                         elizabeth.deeley@kirkland.com
                                         Susan Davies (*Pro Hac Vice Application Forthcoming*)
                                         susan.davies@kirkland.com
                                         Ian R. Conner (*Pro Hac Vice Application Forthcoming*)
                                         ian.conner@kirkland.com

                                         Attorneys for Defendant
                                         Facebook, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certify that all counsel of record who have consented to electronic service are being served with a copy of **DEFENDANT FACEBOOK, INC.'S EX PARTE APPLICATION FOR AN EXPEDITED RULE 16 SCHEDULING CONFERENCE AND AN ORDER FOR EXPEDITED BRIEFING AND DISCOVERY** via the CM/ECF system on March 28, 2012.

DATED: March 28, 2012                          By: *s/ James F. Basile*
                                                   James F. Basile