James F. Basile (SBN 228965)
james.basile@kirkland.com
Elizabeth L. Deeley (SBN 230798)
elizabeth.deeley@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500


Susan Davies (*Pro Hac Vice Application Forthcoming*)
susan.davies@kirkland.com
Ian R. Conner (*Pro Hac Vice Application Forthcoming*)
ian.conner@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Attorneys for Defendant
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBREEL HOLDINGS LLC; YONTOO LLC; and THEME YOUR WORLD LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | CASE NO. 12-CV-00668-CAB-KSC<br><br>**DECLARATION OF JAMES F. BASILE IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S EX PARTE APPLICATION FOR AN EXPEDITED RULE 16 SCHEDULING CONFERENCE AND AN ORDER FOR EXPEDITED BRIEFING AND DISCOVERY**<br><br>Judge:        Hon. Cathy Ann Bencivengo |

Declaration of James F. Basile                                    Case No: 12-CV-00668-CAB-KSC

I, James F. Basile, declare:

1. I am an attorney licensed to practice law in the State of California and before this Court, and I am a partner with the law firm of Kirkland & Ellis LLP, attorneys of record for defendant Facebook, Inc. in the above-captioned matter. I have personal knowledge of the following facts and if called to testify as a witness would testify as follows:

2. On March 26, 2012, I conferred telephonically with Mr. Kotchen, counsel for the Plaintiffs, to discuss scheduling and discovery issues relating to Sambreel's preliminary injunction motion. During that conversation, among other topics discussed, I informed Mr. Kotchen that Facebook would file a motion to dismiss to address threshold legal issues and would agree to expedite briefing on its motion. I also informed counsel that we believed the Court should rule on Facebook's motion to dismiss before Facebook is required to file an opposition to Sambreel's preliminary injunction motion. Finally, I informed Mr. Kotchen that Facebook intended to pursue discovery to defend itself against Sambreel's preliminary injunction motion. Mr. Kotchen wanted to speak with his client and team before responding formally to our discussion.

3. Mr. Kotchen and I continued to negotiate through a series of email exchanges, which I have attached to this declaration.

4. Attached hereto as Exhibit A is a true and correct copy of a series of March 26, 2012 email correspondence between Mr. Kotchen and myself.

5. Attached hereto as Exhibit B is a true and correct copy of my March 26 and March 27, 2012 email correspondence with Mr. Kotchen.

6. Attached hereto as Exhibit C is a true and correct copy of my March 27, 2012 email correspondence to Mr. Kotchen, along with the attached draft proposed potential discovery topics that I included in my email.

7. Attached hereto as Exhibit D is a true and correct copy of my March 27 and March 28, 2012 email correspondence with Mr. Kotchen.

8. In addition, my partner Elizabeth Deeley and I spoke telephonically with Mr. Kotchen and his colleague Robert Klinck on two occasions on March 28, 2012 to make a final attempt to negotiate a consensual briefing and discovery schedule. Among other topics discussed, I informed

1  Mr. Kotchen that Facebook had not been intentionally gating PageRage users since December 2011.
2  I also informed him that an immaterial number of PageRage users may be unintentionally gated
3  because they were the subject of previous detection due to malware mitigation.  I also informed Mr.
4  Kotchen that Facebook  was willing to agree in writing not to "gate" Facebook users who have
5  PageRage installed on their computers until an agreed-to preliminary injunction hearing date,
6  assuming that would move us toward agreement on a reasonable briefing and discovery schedule.
7  Mr. Kotchen rejected this proposal.  Counsel for Sambreel was unwilling to identify any of the
8  proposed discovery that it would provide voluntarily and declined our invitation to suggest how
9  Facebook could narrow the scope of its proposed discovery to reach an agreement.  Mr. Kotchen
10 also stated that Sambreel did not believe that any discovery or depositions were appropriate.  I
11 notified Mr. Kotchen that Facebook would file this *ex parte* application to seek redress with the
12 Court and he agreed that the parties had satisfied their meet and confer obligations under this Court's
13 rules.  Mr. Kotchen informed me that Sambreel opposes the relief sought by this application.

14        9.    Attached hereto as Exhibit E is Facebook's initial proposed discovery.

15        10.   Attached hereto as Exhibit F is a true and correct copy of the September 2, 2012
16 article "The Continued 'MySpacing' of Facebook: Banner Ads, Layouts and Sneaky Plugin Installs"
17 written by Mike Holder and accessible at http://mikeholder.com/blog/the-continued-myspacing-of-
18 facebook-banner-ads-layouts-and-sneaky-plugin-installs as of March 28, 2012.

19        11.   Attached hereto as Exhibit G is a true and correct copy of the September 8, 2011
20 article "How to Remove In-Feed Facebook Ads Caused by Crapware [UPDATED]" written by
21 Whitson Gordon and accessible at http://lifehacker.com/5838550/how-to-hide-facebooks-new-
22 in+feed-ads as of March 28, 2012.

23        I declare, under the penalty of perjury under the laws of the United States, that the foregoing
24 is a true and correct to the best of my knowledge.

25        Executed this 28th day of March 2012, at San Francisco, California.

26

27                                    *s/ James F. Basile*
                                         James F. Basile
28

SAMBREEL HOLDINGS LLC et al v. FACEBOOK, INC

United States District Court for the Southern District of California

Case No. 12-cv-00668-CAB (KSC)

Index to Exhibits to the March 28, 2012 Declaration of James F. Basile

| Exhibit | Description |
|---|---|
| A. | Email correspondence from March 26, 2012 |
| B. | Email correspondence from March 26 and March 27, 2012 |
| C. | Email correspondence from March 27, 2012 |
| D. | Email correspondence from March 27 and March 28, 2012 |
| E. | Facebook's proposed discovery |
| F. | Article: "The Continued 'MySpacing' of Facebook: Banner Ads, Layouts and Sneaky Plugin Installs" |
| G. | Article: "How to Remove In-Feed Facebook Ads Caused by Crapware [UPDATED]" |

**CERTIFICATE OF SERVICE**

The undersigned hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the **DECLARATION OF JAMES F. BASILE IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S EX PARTE APPLICATION FOR AN EXPEDITED RULE 16 SCHEDULING CONFERENCE AND AN ORDER FOR EXPEDITED BRIEFING AND DISCOVERY** via the CM/ECF system on March 28, 2012.

DATED: March 28, 2012                     By: *s/ James F. Basile*
                                              James F. Basile