# Exhibit G

TOP STORIES

UPDATES

## How to Remove In-Feed Facebook Ads Caused by Crapware [UPDATED]

BY WHITSON GORDON                SEP 8, 2011 3:30 PM

Share          Like    2k         30,760    51

A certain set of crapware is spreading that puts giant banner ads on your Facebook news feed. Here's how to remove it.

GET OUR TOP STORIES
**FOLLOW LIFEHACKER**

Like     403,587 people like this.

~~As usual, this change is a very gradual rollout, so most of you probably haven't even seen the ads yet. Only a few people are privy to the new layout, and we'll warn you: it isn't pretty. The above image shows what the feed will probably look like, provided Facebook doesn't make any changes before the end of the rollout. They seem to range from the large, but normal (Domino's Pizza) to the truly obnoxious (Punch Bin Laden!), so for most this will not be a welcome change.~~

What we originally thought to be an upcoming Facebook update has turned out to be a 3rd-party plugin that hijacks your Facebook. The plugin adds new big, obnoxious ads next to and inside their Facebook feeds. And, while Facebook is increasing ad placement in an upcoming redesign,

http://lifehacker.com/5838550/how-to-hide-facebooks-new-in+feed-ads

How to Remove In-Feed Facebook Ads Caused by Crapware [UPDATED]     3/28/2012

this is not a preview of that—this is a plugin you'll want to remove from your computer, and thanks to **fellow blogger Mike Holder**, we now know how.

It only seems to affect Windows users, but it plugs into every browser on your system. If you're seeing these ads, you'll need to uninstall two separate plugins—PageRage and DropDownDeals. **Head to this page** to disable PageRage, and **head to this page** to uncheck everything related to DropDownDeals. You should find, when you're done, that your Facebook has been restored to it's more or less ad-free self. Note that you'll need to do this for each browser you have installed on your computer; it's a nasty little bugger. We'd also recommend running your favorite Antivirus or Anti-malware program to make sure the thing's removed for good.

No word yet on how these plugins got installed, but as always, we recommend safe browsing— **especially when it comes to the sketchier apps on Facebook**. We hope this helps anyone who's been infected and are sorry for the misinformation in our original post.

> **The Continued "MySpacing" of Facebook: Banner Ads, Layouts and Sneaky Plugin Installs** | Mike Holder

You can contact Whitson Gordon, the author of this post, at **whitson@lifehacker.com**. You can also find him on **Twitter**, **Facebook**, and lurking around our **#tips** page.

Contact Whitson Gordon:     EMAIL THE AUTHOR     COMMENT     FACEBOOK     TWITTER

**RELATED STORIES**

XBMC 11.0 "Eden" Adds AirPlay Support, Speed Improvements, and Lots, Lots More
Aldiko Updates, Unveils New Version for Android Tablets
TweetDeck Updates with Inline Image Previews, Twitter Lists, and More

**DISCUSSION THREADS**     FEATURED    ALL    START A NEW THREAD

 **Jeremy Hoag**     08 Sep 2011 7:14 PM

What I want to know, Whitson, is whether you're also prone to being mugged.

*promoted by* **Whitson Gordon**

 **Whitson Gordon**   **@Jeremy Hoag**

Haha. I never got this malware. We got this tip sent in from two readers. But I'll be sure to tell them both to stay out of bad neighborhoods.

http://lifehacker.com/5838550/how-to-hide-facebooks-new-in+feed-ads

How to Remove In-Feed Facebook Ads Caused by Crapware [UPDATED]    3/28/2012











About   Help   Forums   Jobs   Legal   Privacy   Permissions   Advertising   Subscribe   Send a tip

http://lifehacker.com/5838550/how-to-hide-facebooks-new-in+feed-ads

Exhibit G
Page 55