James F. Basile (SBN 228965)
james.basile@kirkland.com
Elizabeth L. Deeley (SBN 230798)
elizabeth.deeley@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Susan Davies (*Pro Hac Vice Application Forthcoming*)
susan.davies@kirkland.com
Ian R. Conner (*Pro Hac Vice Application Forthcoming*)
ian.conner@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Attorneys for Defendant
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBREEL HOLDINGS LLC; YONTOO LLC; and THEME YOUR WORLD LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | CASE NO. 12-CV-00668-CAB-KSC<br><br>**DEFENDANT FACEBOOK, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Judge:      Hon. Cathy Ann Bencivengo |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Facebook, Inc. ("Facebook") states the following:

1. Facebook is a private corporation; and

2. Facebook has no parent corporation and no public corporation owns 10 percent or more of Facebook's stock.

//

//

FACEBOOK'S CORPORATE
DISCLOSURE STATEMENT

Case No: 12-CV-00668-CAB-KSC

1  DATED:  March 28, 2012

Respectfully submitted,
KIRKLAND & ELLIS LLP

*s/ James F. Basile*
James F. Basile
james.basile@kirkland.com
Elizabeth L. Deeley
elizabeth.deeley@kirkland.com
Susan Davies (*Pro Hac Vice Application Forthcoming*)
susan.davies@kirkland.com
Ian R. Conner (*Pro Hac Vice Application Forthcoming*)
ian.conner@kirkland.com

Attorneys for Defendant
Facebook, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the **DEFENDANT FACEBOOK, INC.'S CORPORATE DISCLOSURE STATEMENT** via the CM/ECF system on March 28, 2012.

DATED:  March 28, 2012					By: *s/ James F. Basile*
								       James F. Basile