James F. Basile(SBN 228965)
james.basile@kirkland.com
Elizabeth L. Deeley (SBN 230798)
elizabeth.deeley@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Susan Davies (*Pro Hac Vice Application Forthcoming*)
susan.davies@kirkland.com
Ian R. Conner (*Pro Hac Vice Application Forthcoming*)
ian.conner@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Attorneys for Defendant
FACEBOOK, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

SAMBREEL HOLDINGS LLC; YONTOO LLC; and THEME YOUR WORLD LLC,

Plaintiffs,

vs.

FACEBOOK, INC.,

Defendant.

CASE NO. 12-CV-00668-CAB-KSC

**DEFENDANT FACEBOOK, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO LOCAL RULE 40.2**

Judge: Hon. Cathy Ann Bencivengo

Pursuant to Local Rule 40.2, defendant Facebook, Inc. ("Facebook") submits the following statement regarding parties who have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Facebook, Inc.

DATED: March 28, 2012

Respectfully submitted,
KIRKLAND & ELLIS LLP

*s/ James F. Basile*

James F. Basile
james.basile@kirkland.com
Elizabeth L. Deeley
elizabeth.deeley@kirkland.com
Susan Davies (*Pro Hac Vice Application Forthcoming*)
susan.davies@kirkland.com
Ian R. Conner (*Pro Hac Vice Application Forthcoming*)
ian.conner@kirkland.com

Attorneys for Defendant
Facebook, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certify that all counsel of record who have consented to electronic service are being served with a copy of **DEFENDANT FACEBOOK, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO LOCAL RULE 40.2** via the CM/ECF system on March 28, 2012.

DATED: March 28, 2012

By: *s/ James F. Basile*
James F. Basile