James F. Basile (SBN 228965)
james.basile@kirkland.com
Elizabeth L. Deeley (SBN 230798)
elizabeth.deeley@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Susan Davies (*Pro Hac Vice Application Forthcoming*)
susan.davies@kirkland.com
Ian R. Conner (*Pro Hac Vice Application Forthcoming*)
ian.conner@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Attorneys for Defendant
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBREEL HOLDINGS LLC; YONTOO LLC; and THEME YOUR WORLD LLC,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>FACEBOOK, INC.,<br><br>　　　　Defendant. | CASE NO. 12-CV-00668-CAB-KSC<br><br>***JOIN*T APPLICATION FOR LEAVE TO FILE MOTION TO DISMISS PLEADINGS EXCEEDING PAGE LIMITS**<br><br>Judge:　　Hon. Cathy Ann Bencivengo |

Plaintiffs Sambreel Holdings LLC, Yontoo LLC, and Theme Your World LLC (collectively, "Sambreel") and Defendant Facebook, Inc. ("Facebook" and together with Sambreel, the "Parties") respectfully jointly apply for leave to exceed the page limits mandated by Rule 7.1(h) of the Civil Local Rules of the Southern District of California in the upcoming briefing of Facebook's motion to dismiss. The Parties jointly submit this application for purposes of Facebook's forthcoming memorandum of points and authorities in support of a motion to dismiss Sambreel's complaint, Sambreel's opposition, and Facebook's reply in support. The Parties jointly apply for an extension of 10 pages on each pleading for total page limits of 35 pages, 35 pages, and 20 pages, respectively. Pursuant to Local Rule 1.1(d), "In any case for the convenience of the parties in interest, or in the interest of justice, a judge may waive the applicability of these [Local] rules."

WHEREFORE, the Parties request the Court enter an order permitting the parties to exceed the page limits as follows:

- Facebook's memorandum of points and authorities in support of the motion to dismiss to exceed the 25-page limit by 10 pages for a total of 35 pages;
- Sambreel's opposition to exceed the 25-page limit by 10 pages for a total of 35 pages; and
- Facebook's reply in support to exceed the 10-page limit by 10 pages for a total of 20 pages.

//
//
//
//
//
//
//
//
//
//

| | | |
|---|---|---|
|1| DATED: March 30, 2012 | Respectfully submitted, |
|2| | KIRKLAND & ELLIS LLP |

*s/ James F. Basile*
James F. Basile
james.basile@kirkland.com
Elizabeth L. Deeley
elizabeth.deeley@kirkland.com
Susan Davies (*Pro Hac Vice Application Forthcoming*)
susan.davies@kirkland.com
Ian R. Conner (*Pro Hac Vice Application Forthcoming*)
ian.conner@kirkland.com

Attorneys for Defendant
Facebook, Inc.


*s/ Gregory P. Olson*
Gregory P. Olson
greg@olsonesq.com

Daniel Kotchen (*Pro Hac Vice Application Forthcoming)*
dkotchen@kotchen.com
Daniel Low (*Pro Hac Vice Application Forthcoming*)
dlow@kotchen.com
Robert Klinck (*Pro Hac Vice Application Forthcoming*)
rklinck@kotchen.com

Attorneys for Plaintiff
Sambreel Holdings LLC; Yontoo LLC; and Theme Your World LLC


## **ATTESTATION**

I, James F. Basile, attest that concurrence in the filing of this document has been obtained from the signatories. I declare under penalty of perjury that the foregoing is true and correct.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2012, I electronically filed the foregoing ***JOINT APPLICATION FOR LEAVE TO FILE MOTION TO DISMISS PLEADINGS EXCEEDING PAGE LIMITS*** with the Clerk of the court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the Court's Electronic Mail Notice List.

DATED: March 30, 2012                    By: *s/ James F. Basile*
                                              James F. Basile