UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBREEL HOLDINGS LLC; YONTOO LLC; and THEME YOUR WORLD LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | CASE NO. 12-CV-00668-CAB-KSC<br><br>**ORDER GRANTING JOINT APPLICATION FOR LEAVE TO FILE MOTION TO DISMISS PLEADINGS EXCEEDING PAGE LIMITS**<br><br>[Doc. No. 15] |

The Court, having considered the Parties' Joint Application for Leave to File Motion to Dismiss Pleadings Exceeding Page Limits [Doc. No. 15,] and for good cause shown, hereby orders:

- Facebook's memorandum of points and authorities in support of its motion to dismiss may exceed the 25-page limit by 10 pages for a total of 35 pages;
- Sambreel's opposition to Facebook's motion to dismiss may exceed the 25-page limit by 10 pages for a total of 35 pages; and
- Facebook's reply in support of its motion to dismiss may exceed the 10-page limit by 10 pages for a total of 20 pages.

April 2, 2012
Date

CATHY ANN BENCIVENGO
U.S. DISTRICT JUDGE

12-CV-00668-CAB-KSC