James F. Basile (SBN 228965)
james.basile@kirkland.com
Elizabeth L. Deeley (SBN 230798)
elizabeth.deeley@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Susan Marie Davies (*Pro Hac Vice Application Forthcoming*)
susan.davies@kirkland.com
Ian R. Conner (*Pro Hac Vice Application Forthcoming*)
ian.conner@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Attorneys for Defendant
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBREEL HOLDINGS LLC; YONTOO LLC; and THEME YOUR WORLD LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | CASE NO. 12-CV-00668-CAB-KSC<br><br>**DECLARATION OF CHRIS PALOW IN SUPPORT OF FACEBOOK, INC.'S MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(3) AND 12(B)(6)**<br><br>Judge:           Hon. Cathy Ann Bencivengo<br>Hearing Date: June 22, 2012<br>Hearing Time: 2:30 p.m.<br>Dept.:            Courtroom 2 |

I, Chris Palow, declare:

1.     I am employed by Facebook, Inc. ("Facebook") as Manager, Engineering.  I have personal knowledge of the following facts and if called to testify as a witness would testify as follows:

2.     From an engineering perspective, it would not be possible to develop, test, maintain

DECLARATION OF CHRIS PALOW                                                    CASE NO: 12-CV-00668-CAB-KSC

1 | and update the PageRage software without accessing facebook.com through an active registered
2 | Facebook user account.
3 |     I declare, under the penalty of perjury under the laws of the United States, that the foregoing
4 | is a true and correct to the best of my knowledge.
5 |     Executed this 3rd day of April 2012, at Menlo Park, California.

_____
Chris Palow

**CERTIFICATE OF SERVICE**

The undersigned hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the **DECLARATION OF CHRIS PALOW IN SUPPORT OF FACEBOOK, INC.'S MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(3) AND 12(B)(6)** via the CM/ECF system on April 4, 2012.

DATED: April 4, 2012            By: *s/ James F. Basile*
                                         James F. Basile

CERTIFICATE OF SERVICE                       1                       CASE NO: 12-CV-00668-CAB-KSC