# Exhibit E

Recruiting at Sambreel Services - Local Business - Carlsbad, CA | Facebook        Page 1 of 6

Email  Password
☐ Keep me logged in    Forgot your password?    [Log In]

**nbree**
ICES

**Recruiting at Sambreel Services**          [Like]
37 likes · 1 was here

Local Business
5857 Owens Avenue, Suite 300, Carlsbad, CA.
1 760.266.5090

About                       Photos    37   Likes    Map

Highlights

Post                                Also On
Write something...                  http://sambreel.com/careers

                                    Recommendations                    See All
                                    **Akash Dave**
                                    Swidget,
                                    about 2 months ago

                                    Likes                              See All
                                    **Emoticrazy**                     Like
                                    Software

                                    **Arizona State University School of Computing and
                                    Informatics**                      Like
                                    Interest

                                    **Swidget**                        Like
                                    Software

                                    **Drop Down Deals**                Like
                                    Software

                                    **Massachusetts Institute of Technology**   Like
                                    School · College · University

                                March

Activity
March

**People Talking About This**

http://www.facebook.com/RecruitingAtSambreelServices

Recruiting at Sambreel Services - Local Business - Carlsbad, CA | Facebook          Page 2 of 6

2

Earlier in 2012

**Recruiting at Sambreel Services**
January 25

"Ignoring the health of your culture is like letting aquarium water get dirty."

Like · Comment · Share

**Recruiting at Sambreel Services**
January 13

Looking to leave the snowy winter behind? We don't blame you! Apply online: www.sambreel.com/careers



Like · Comment · Share                                                1

**Recruiting at Sambreel Services**
January 16

"An individual has not started living until he can rise above the narrow confines of his individualistic concerns to the broader concerns of all humanity."
-- Martin Luther King, Jr.

Like · Comment · Share

**Recruiting at Sambreel Services**
January 9

We love Mondays! The Vegan Sheppard's Pie was delicious.. Yum!

Like · Comment · Share                                                1

**Recruiting at Sambreel Services**
January 3

Happy New Year!! Cheers to the big things to come in 2012!

Like · Comment · Share

Likes
2012

sterkly    Emoticrazy    Massachusetts Institute of

2011

**Recruiting at Sambreel Services**
December 23, 2011

Building gingerbread houses! Happy Holidays!

**Recruiting at Sambreel Services**
December 23, 2011

Another day in paradise.. oh, I mean the office! (16 photos)



http://www.facebook.com/RecruitingAtSambreelServices







Exhibit E
Page 21

Recruiting at Sambreel Services - Local Business - Carlsbad, CA | Facebook     Page 6 of 6



http://www.facebook.com/RecruitingAtSambreelServices