# Exhibit F



Exhibit F
Page 24