# Exhibit G



Facebook Layouts Profile Pages!



Login     Sign Up

INSTALL PLUG-N | BROWSE | SUPPORT | BLOG | LEADERBOARD |
ABOUT

**Categories**

FEATURED LAYOUTS
MOST POPULAR
NEWEST LAYOUTS
Abstract Layouts
Angel Layouts
Animal Layouts
Anime Layouts
Announcement Layouts
Car Layouts
Cartoon Layouts
Cause Layouts
Celebrity Layouts
College Layouts
Color Layouts
Custom Layouts
Cute Layouts
Dark Layouts
Emo Layouts
Fantasy Layouts
Fashion Layouts
Fine Art Layouts
Floral Layouts
Food Layouts
Futbol Layouts
Holiday Layouts
Love Layouts
Military Layouts
Motorcycle Layouts
Movie Layouts
Music Layouts
Nature Layouts
Newest Layouts
Pattern Layouts
Political Layouts
Religion Layouts
Retro Layouts
Sexy Layouts
Skull Layouts
Sport Layouts
Texture Layouts
Tropical Layouts
TV Layouts
Video Game Layouts
Vintage Layouts
World P aces Layouts

**Helpful Links**

Install Plug-in
Enable PageRage
Install Toolbar

**Layout Issues**

I want to request a layout design.
How do I change or remove my layout?
How layout approvals work.
Layout isn't showing.

**Chrome**

Please check your browser to see if Yontoo Layers™ is showing up and is enabled.

You can easily do this by clicking on the tool icon on the upper right-hand corner of your browser and navigating to **Tools >> Extensions** >> and make sure Yontoo Layers is listed.

After you have confirmed this, please make sure you have third party cookies accepted. You can do this by clicking on the tool icon again, navigating to **Options >> Under the Hood >> Privacy**, clicking on the "**Content Settings...**" button, and making sure that the "**Allow local data to be set**" radio button is selected and the "**Ignore exceptions and block third-party cookies from being set**" checkbox is unchecked.

After you close that window, go back to www.pagerage.com and select a new layout. Once the layout says "Success", you can then go to www.facebook.com and log into your Facebook account. You will need to force a refresh of your page by clearing your cache. You can clear your cache by pressing **Ctrl-F5** or pressing the refresh button in your browser. Then the layout you selected should be there.

For a short video tutorial on how to select and apply a layout, click here:

http://youtu.be/FuUdt3Ri_i0

**Firefox**

First, check your browser to see if Yontoo Layers™ is showing up and is enabled.

You can easily do this by going to **Tools >> Add-Ons >> Extensions**, scrolling down to the bottom of the list, and making sure that Yontoo Layers is enabled (the "**Disable**" button is active).

After you have confirmed this, please make sure you have third-party cookies accepted. You can do this by going to **Tools >> Options >> Privacy** and making sure that in the History section the "**Firefox will**" dropdown option is set to either "**Remember History**" or "**Use custom settings for history.**" In the case of the latter, make sure the "**Accept cookies from sites**" checkbox is selected, along with the "**Accept third-party cookies** checkbox underneath it and set the "**Keep until:**" option to "**they expire.**"

For a short video tutorial on how to check your cookies, click here:

**Translate This Page**
Select Language
Powered by Google Translate

**REMOTE SUPPORT**
New! Get help directly through your computer.
Click for Details

Support
Follow us on Twitter
PageRage Blog
Feedback

http://youtu.be/9UY-oE3iJmY

After you close that window, go back to www.pagerage.com and select a new layout. Once the layout says "Success", you can then go to www.facebook.com and log into your Facebook account. You will need to force a refresh of your page by clearing your cache. Depending on your operating system you can clear your cache by pressing **Ctrl-F5** or by pressing the refresh button in your browser. Then the layout you selected should be there.

For a short video tutorial on how to select and apply a layout, click here:

http://youtu.be/3sMk1dsNDAk

**Internet Explorer**

First, check your browser to see if **Yontoo Layers™** is showing up and is enabled. You can easily do this by going to **Tools >> Manage Add-Ons** and making sure the status of Yontoo Layers is "Enabled." After you have confirmed this, please make sure you have third-party cookies accepted. You can do this by going to **Tools >> Internet options >> Privacy >> Advanced**, selecting the "**Override automatic cookie handling**" checkbox, making sure that "Accept" is selected under "Third-party Cookies," and clicking "OK" (and then "OK" again to close the window behind it).

For a short video tutorial on how to check your cookies, click here:

http://youtu.be/6IZ9lvF3RU8

After you close both windows, go back to www.pagerage.com and select a new layout. Once the layout says "Success", you can then go to www.facebook.com and log into your Facebook account. You will need to force a refresh of your page by clicking between Home and Profile on Facebook. Click Home then wait 3-4 seconds. Click Profile then wait another 3-4 seconds. The layout you selected should appear.

For a short video tutorial on how to select and apply a layout, click here:

http://youtu.be/9ojUN6l8WvQ

Was this answer helpful?
If not, click the button below to contact us directly via email so that we can help you.

[Contact us]

Layout isn't showing as demonstrated on preview page.
I share a computer or have multiple accounts.
Can others see my layout?

**Installation Issues**

**Miscellaneous Issues**

**PageRage Premium Issues**

**I Love You, PageRage!**



Affiliates | Support | How it Works | Facebook Layouts | A Safe Site | DMCA | Privacy Policy | Terms of Service | Site Map

©2012 Theme Your World LLC. All rights reserved
A Sambreel Holdings LLC Company

**PageRage is not affiliated with or endorsed by Facebook.**