# Exhibit H

