# Exhibit I

Exhibit I
Page 31



Exhibit I
Page 32