James F. Basile (SBN 228965)
james.basile@kirkland.com
Elizabeth L. Deeley (SBN 230798)
elizabeth.deeley@kirkland.com
Adam L. Gray (SBN 262557)
adam.gray@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Susan Marie Davies (*Pro Hac Vice Application Forthcoming*)
susan.davies@kirkland.com
Ian R. Conner (*Pro Hac Vice Application Forthcoming*)
ian.conner@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Attorneys for Defendant
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBREEL HOLDINGS LLC; YONTOO LLC; and THEME YOUR WORLD LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | CASE NO. 12-CV-00668-CAB-KSC<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Hearing Date: June 22, 2012<br>Hearing Time: 2:30 p.m.<br>Dept.: Courtroom 2 |

## CERTIFICATE OF SERVICE

I, Deanna Garrison, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 555 California Street, San Francisco, California 94104.

On April 4, 2012, I served a copy of the following document(s) described as:

1. **DEFENDANT FACEBOOK, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(3) AND 12(B)(6)**

2. **DEFENDANT FACEBOOK, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(3) AND 12(B)(6)**

3. **DECLARATION OF CHRIS PALOW IN SUPPORT OF FACEBOOK, INC.'S MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(3) AND 12(B)(6)**

4. **DECLARATION OF CRAIG CLARK IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(3) AND 12(B)(6)**

on the interested parties in this action as follows:

☑ **By Overnight Mail**

By causing the document(s) listed above to be delivered to the addressee(s) set forth below on the following business morning by Federal Express Corporation or Express Mail.

### Service List

Daniel Kotchen
Kotchen & Low LLP
2300 M Street NW, Suite 800
Washington, DC 20037

Daniel Low
Kotchen & Low LLP
2300 M Street NW, Suite 800
Washington, DC 20037

Robert Klinck
Kotchen & Low LLP
2300 M Street NW, Suite 800
Washington, DC 20037

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2012, at San Francisco, California.

_Deanna Garrison_
Print Name

CERTIFICATE OF SERVICE                              1                              Case No: 12-CV-00668-CAB-KSC