Gregory P. Olson (Ca. Bar No. 177942)
LAW OFFICE OF GREGORY P. OLSON
501 West Broadway, Suite 1370
San Diego, CA 92101
Telephone: (619) 564-3650
Facsimile: (619) 233-1969
greg@olsonesq.com

Daniel Kotchen (*Pro Hac Vice*)
Daniel Low (*Pro Hac Vice*)
Robert Klinck (*Pro Hac Vice*)
KOTCHEN & LOW LLP
2300 M Street NW, Suite 800
Washington, DC 20037
Telephone (202) 416-1848
Facsimile: (202) 280-1128
dkotchen@kotchen.com
dlow@kotchen.com
rklinck@kotchen.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBREEL HOLDINGS LLC; YONTOO LLC; and THEME YOUR WORLD LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 3:12-CV-00668-CAB-KSC<br><br>**DECLARATION OF ROBERT KLINCK IN SUPPORT OF JOINT MOTION FOR DETERMINATION OF EXPEDITED DISCOVERY DISPUTE**<br><br>Judge: Magistrate Karen S. Crawford |

**DECLARATION OF ROBERT KLINCK**

I, Robert Klinck, declare as follows:

1. I am one of the attorneys representing Sambreel Holdings LLC, Yontoo LLC, and Theme Your World LLC. Along with my partner, Daniel Kotchen, I will serve as lead trial counsel in this matter.

2. Following this Court's April 11, 2012 Order Following Discovery Hearing Re Defendant's Ex Parte Motion For Expedited Discovery, I have met and conferred with attorneys for

1  Facebook, Inc. on a number of occasions in an attempt to resolve the discovery disputes.  I participated in
2  telephone conferences with James Basile and Elizabeth Deeley on April 12, April 16, and April 20.  The
3  parties had two conference calls on April 20, and I was joined on one of those calls by my partner Daniel
4  Kotchen.  I also participated in a telephone conference with Mr. Deeley on April 17.  To aid in the meet
5  and confer process, we have exchanged e-mails and documents setting out categories of discovery at
6  issue and each party's position on the topics of discovery.  We discussed these documents during the
7  telephone conferences.

8       3.     As a result of these meetings, the parties were able to resolve the vast majority of the
9  issues in dispute.

10       4.     We have been unable to reach resolution on a handful of discovery requests.  The issues
11  that remain in dispute are set forth in the Joint Motion.

12  I declare, under penalty of perjury, that the foregoing is true and correct to the best of my
13  knowledge.

14  Executed this 20th day of April 2012, at Washington, D.C.

15

16                 s/  Robert Klinck
17                 Robert Klinck

DECLARATION OF ROBERT KLINCK IN SUPPORT OF JOINT MOTION