# EXHIBIT E

TOP STORIES



LATEST STORIES                    FRIDAY, APR 20, 2012

TIPS AND DOWNLOADS FOR
GETTING THINGS DONE

## UPDATES

## How to Remove In-Feed Facebook Ads Caused by Crapware [UPDATED]

BY WHITSON GORDON          SEP 8, 2011 3:30 PM

Share    Like    2k       30,982  ♦ 51 ♥

A certain set of crapware is spreading that puts giant banner ads on your Facebook news feed. Here's how to remove it.

GET OUR TOP STORIES
**FOLLOW LIFEHACKER**

~~As usual, this change is a very gradual rollout, so most of you probably haven't even seen the ads yet. Only a few people are privy to the new layout, and we'll warn you: it isn't pretty. The above image shows what the feed will probably look like, provided Facebook doesn't make any changes before the end of the rollout. They seem to range from the large, but normal (Domino's Pizza) to the truly obnoxious (Punch Bin Laden!), so for most this will not be a welcome change.~~

What we originally thought to be an upcoming Facebook update has turned out to be a 3rd-party plugin that hijacks your Facebook. The plugin adds new big, obnoxious ads next to and inside their Facebook feeds. And, while Facebook is increasing ad placement in an upcoming redesign, this is not a preview of that—this is a plugin you'll want to remove from your computer, and thanks to fellow blogger Mike Holder, we now know how.

It only seems to affect Windows users, but it plugs into every browser on your system. If you're seeing these ads, you'll need to uninstall two separate plugins—PageRage and DropDownDeals. Head to this page to disable PageRage, and head to this page to uncheck everything related to DropDownDeals. You should find, when you're done, that your Facebook has been restored to it's more or less ad-free self. Note that you'll need to do this for each browser you have installed on your computer; it's a nasty little bugger. We'd also recommend running your favorite Antivirus or Anti-malware program to make sure the thing's removed for good.

No word yet on how these plugins got installed, but as always, we recommend safe browsing—especially when it comes to the sketchier apps on Facebook. We hope this helps anyone who's been infected and are sorry for the misinformation in our original post.

The Continued "MySpacing" of Facebook: Banner Ads, Layouts and Sneaky Plugin Installs | Mike Holder

Like    415381 likes. Sign Up to see what your friends like.



**SAVING MONEY**               12,999
Forget Dollar Shave Club; Buy the
Same High Quality Razors for a
Third of the Price


**LEARNING**                   151,252
I Learned to Speak Four Languages
in a Few Years: Here's How


**FACEBOOK**                    12,053
Fast Facebook Brings a Speedier,
Ice Cream Sandwich-Inspired
Facebook Experience to Android


**ASK LIFEHACKER**              14,342
What Are Some Good Workouts I
Can Do if My Body Isn't What it
Used to Be?


**CROWDHACKER**                  4,275
The Right Way(s) to Sharpen a
Knife


**TRAVEL**                      33,808
Zip Through the Airport Security
Line like the Former Secretary of
Homeland Security


**EMAIL**                       26,775
Use These Tips to Write Email that
Actually Gets A Response


**STUFF WE LIKE**               54,057
Unleash Your Headphones' Full
Potential with a USB DAC and
Amplifier


**FOOD**                        25,835
Make and Store a Salad that Will
Stay Fresh and Crisp All Week Long


**MIND HACKS**                  68,753
You May Be Able to Actually Make
Yourself Smarter—All It Takes Is
Practice


**WORKING**                      7,986
Head to a Hotel Lobby Instead of
Starbucks for a Better Place to
Work Away from Home

**HABITS**                      62,427

Exhibit E
Page 34

You can contact Whitson Gordon, the author of this post, at whitson@lifehacker.com. You can also find him on Twitter, Facebook, and lurking around our #tips page.

**Contact Whitson Gordon:**   EMAIL THE AUTHOR   COMMENT   FACEBOOK   TWITTER

RELATED STORIES

Password, Form, and Purchase Manager Dashlane Emerges from Beta with New Features
Facebook Offers Puts Coupons in Your News Feed for the Pages You Like
Have Patches and Updates Made Collecting Modern Games Pointless? KOTAKU

DISCUSSION THREADS                    FEATURED   ALL   START A NEW THREAD

SHOW EARLIER DISCUSSIONS












 Change a Habit in Three Steps with This Flowchart

 **ORGANIZATION**   44,739
Use Springpad as Your New Personal Assistant: Get Organized, Save Money, and Have Fun Being Productive

 **HIVE FIVE CALL FOR C...**   31,197
Best Linux Distribution?

 **CLEVER USES**   2,719
Turn Wine Corks into Plant Markers

 **DIY**   7,530
Monitor Your Air Quality with a Cheap Sensor and an Arduino

 **MIND HACKS**   48,996
Adopt One of These Postures To Reduce Stress and Build Confidence

 **SLEEP**   28,047
You're the Guinea Pig: Experimenting with Your Sleep and Dreams

 **ASK LIFEHACKER**   44,350
How Can I See a Movie Before It's Released?

 **ANNOYANCES**   9,085
Kill Evil Gets Rid of Annoying JavaScript Tweaks All Over the Web

 **GMAIL**   24,822
Gmail Meter Uncovers the Statistical Truths About How You Use Your Email

 **MOTIVATION**   9,048
Thinking About Death More Often Can Improve Physical Health and Make You Nicer

 **CLEVER USES**   13,954
Use a Dab of Glue on Remote Control Buttons and Never Miss Hitting Mute Again

 **HEALTH**   33,886
Eat Breakfast for Healthier Eating All Day Long (and Other Healthy Eating Tricks)

 **CLEANING**   69,118
Clean or Replace These Things Regularly, Because If You Haven't Noticed, They're Absolutely Vile

 **FOOD**   3,841
Experiment with Food and Wine Pairings with The Perfect Dish for It: Pizza

About   Help   Forums   Jobs   Legal   Privacy   Permissions   Advertising   Subscribe   Send a tip

Exhibit E
Page 35

Exhibit E
Page 36