1  Gregory P. Olson (Ca. Bar No. 177942)
   LAW OFFICE OF GREGORY P. OLSON
2  501 West Broadway, Suite 1370
   San Diego, CA 92101
3  Telephone: (619) 564-3650
   Facsimile: (619) 233-1969
4  greg@olsonesq.com

5  Daniel Kotchen (*Pro Hac Vice Application Forthcoming*)
   Daniel Low (*Pro Hac Vice Application Forthcoming*)
6  Robert Klinck (*Pro Hac Vice Application Forthcoming*)
   KOTCHEN & LOW LLP
7  2300 M Street NW, Suite 800
   Washington, DC 20037
8  Telephone (202) 416-1848
   Facsimile: (202) 280-1128
9  dkotchen@kotchen.com
   dlow@kotchen.com
10 rklinck@kotchen.com

11 *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| SAMBREEL HOLDINGS LLC; YONTOO LLC; and THEME YOUR WORLD LLC, | Case No. 3:12-CV-00668-CAB-KSC |
|---|---|
| Plaintiffs, | **DECLARATION OF KAI HANKINSON IN OPPOSITION OF MOTION TO DISMISS** |
| vs. | Hon. Cathy Ann Bencivengo |
| FACEBOOK, INC., | Hearing Date: June 22, 2012<br>Hearing Time: 2:30 p.m. |
| Defendant. | Dept: Courtroom 2 |

## DECLARATION OF KAI HANKINSON

I, Kai Hankinson, declare as follows:

1. I am the Chief Executive Officer of Sambreel Holdings LLC ("Sambreel"). I formerly served as the Chief Financial Officer for Sambreel.

2. I have reviewed the cease and desist letter that Sambreel's counsel received from Facebook's attorney dated December 5, 2011. That letter contains a number of technical complaints

1  about the operation of PageRage. Facebook, for example, complained that PageRage "drastically
2  increases site load time," that PageRage displayed ads that "cover and obscure Facebook functionality,"
3  and that PageRage "interferes with the secure connection of Facebook users." These and other
4  complaints contained in Facebook's correspondence demonstrate that Facebook – or one of its agents –
5  must have downloaded and tested PageRage.

6  3. When a user signs up for PageRage, the user may create an account that is generally
7  associated with an e-mail address. A number of PageRage accounts have been set up with e-mail
8  addresses that end with "@fb.com." Based on Sambreel's interactions with Facebook employees –
9  including Craig Clark and Chris Palow – I understand that e-mail accounts that end with "@fb.com" are
10 the e-mail accounts that Facebook employees use to conduct business on behalf of Facebook.

11 4. Based on registry information of internet protocol (IP) addresses, Sambreel has identified
12 a number of PageRage installations from computers with an IP address owned by Facebook.

13 5. Attached hereto as Exhibit A is a true and correct copy of the Terms of Service that
14 applied to PageRage during the second half of 2011.

15 6. Attached hereto as Exhibit B is a true and correct copy of the Terms of Service that
16 currently apply to PageRage.

17 I declare, under penalty of perjury, that the foregoing is true and correct to the best of my
18 knowledge.

19 Executed this 8th day of June 2012, at Carlsbad, California.

Kai Hankinson

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of: DECLARATION OF KAI HANKINSON IN OPPOSITION TO MOTION TO DISMISS via the CM/ECF system on June 8, 2012.

Dated: June 8, 2012                              By: s/ Gregory P. Olson
                                                 Attorney for Plaintiffs
                                                 E-mail: greg@olsonesq.com