# Exhibit B

Theme Your World LLC Terms of Service Agreement

Acceptance of Terms of Service and Description of Company Services

Welcome to PageRage (the "App"), which is operated by Theme Your World LLC (the "Company"), a browser plug-in application available for download at www.PageRage.com (the "Site"). The App allows you customize your cause's profile pages. The App and any other applications, products, services, features, content, promotions or games offered from time to time by the Company on the Site or otherwise in connection with its business shall be referred to herein as the "Services". The Company is based in the United States and the Services are hosted in the United States.

PLEASE READ THROUGH THIS AGREEMENT CAREFULLY, AS IT CONTAINS IMPORTANT INFORMATION REGARDING YOUR LEGAL RIGHTS, REMEDIES AND OBLIGATIONS.

The Company furnishes the Site and Services for your personal enjoyment and entertainment. By visiting the Site (whether or not you are a registered member) or using the Services, you accept and agree to be bound by this Terms of Service Agreement, including any future modifications thereto (this "Agreement"). You further accept and agree to be bound by the Company's Privacy Policy (currently available at http://www.PageRage.com/PrivacyPolicy.aspx) and any end-user license agreement(s) relating to the Services, and to abide by all applicable laws, rules and regulations ("Applicable Law"). The terms in this Agreement are conditions upon which the Company shall grant you a limited license (described more fully below) to use the Site and Services. The Company may modify this Agreement (including the Privacy Policy) at any time, and each such modification will be effective upon notice to you, including posting on the Site. All material modifications will apply prospectively only. Your continued use of the Site or the Services following any such modification constitutes your acceptance and agreement to be bound by the Agreement as so modified. It is therefore important that you review this Agreement regularly. If you do not agree to be bound by this Agreement, you must discontinue use of the Services immediately, including uninstalling the App from your computer. You may receive a copy of this Agreement by emailing us at terms@PageRage.com; Subject: Terms of Service Agreement. Your access to and use of certain App or Services may require you to accept additional terms and conditions, licenses or privacy policies applicable to such App or Services in addition to this Agreement, including the terms and conditions and privacy policy applicable to the Platform (defined below). By using the Services, Site, and Platform, you acknowledge that you are of legal age to form a binding contract.

PageRage and Yontoo Platform

The App is a browser add-on that operates through the Yontoo Platform available at yontoo.com and distributed by Yontoo LLC (the "Platform"). You must have the Platform installed to operate the App. Yontoo LLC ("Yontoo") provides software and services ("Yontoo Services") for use by the general public. The Yontoo Platform is an internet enabling technology platform that creates virtual layers that can be edited to create the appearance of having made changes to the underlying website. By installing the Yontoo Platform or using the Yontoo Services, you agree and acknowledge to be bound by Yontoo's Terms of Service and Privacy Policy. If you do not agree to these Terms, please do not install the Yontoo Platform or use the Site and Services. The Platform and App are compatible with Internet Explorer, Firefox and Google Chrome web browsers, and the App may be displayed on your browser's toolbar. Instructions on how to enable and disable the App are also available at the Site and www.yontoo.com. Please note that the App is free and supported by advertising, which means you may see display advertising associated with the underlying websites you visit. These ads are not associated with the

underlying website, and more information about any ad associated with the App is available by clicking the "About This Ad" link in the ad display frame.

**App Uninstall Instructions**

You may uninstall the App and Platform at any time. To uninstall from Internet Explorer, Firefox or Google Chrome (PC), go to the Windows Start Menu and then to Control Panel > Add/Remove ("Programs & Features" in Vista/Windows 7) and click "Remove" next to 'Yontoo Layers'. To uninstall from Firefox or Google Chrome (Mac), in the top menu, go to Tools > Add-ons. Select the Yontoo Layers logo and then click Uninstall. Note that after you uninstall the App, certain related files will remain on your system. These remnant files are a record of your previous download of the App, and may be used by the Company to prevent fraud on the Services and to better service you if you ever decide to download the App. The Company will not use the files to track you or otherwise collect or store information about you.

**Optimizing Your Browser by Changing the Default Settings**

If you elect to optimize your browser for the App during the installation process, the following adjustments may be made to your browser settings to help facilitate their operation, depending on which version of internet browser you use. You may reverse or change these settings at any time through your normal browser control options. PLEASE NOTE THAT CERTAIN SETTINGS ADJUSTMENTS MAY LOWER THE SECURITY LEVEL OF YOUR BROWSER.

<u>Auto Enable Browser Add-On</u>. Certain browser versions prompt users to manually enable add-ons after installation. This setting is adjusted to automatically complete this step without prompt. (Internet Explorer 9 and Firefox)

<u>Load Time</u>. This setting is adjusted so the user is alerted when a browser add-on takes longer than 2 seconds to load. (Internet Explorer 9)

<u>Enable Mixed Content</u>. This setting is adjusted to enable the display of both HTTPS (encrypted with SSL/TLS protocol) content and HTTP (unencrypted) content on a webpage without first alerting the user and obtaining the user's consent.

<u>Disable Content Security Policy</u>. Adjusting this setting may be required to allow the Services to operate properly with your Firefox browser. (Firefox)

Learn more about Internet Explorer 9 add-on settings here: http://windows.microsoft.com/en-US/windows7/How-to-manage-add-ons-in-Internet-Explorer-9

Learn more about Firefox add-on settings here: http://support.mozilla.com/en-US/kb/Customizing%20Firefox%20with%20add-ons

Learn more about Content Security Policy here:
https://developer.mozilla.org/en/Introducing_Content_Security_Policy

**Company Content**

The Site and Services may contain information, software, text, files, images, video, sounds, musical works, works of authorship, applications, and other materials or content belonging to the Company, the Company's licensors, partners, and affiliates, and other third parties (collectively, "Company Content"). All Company Content is protected by copyright, trademark, patent, trade secret and other laws, and as between you and the Company, the Company owns and retains all rights in the Company Content. Upon your assent to this Agreement, the Company hereby grants you a limited, revocable, nonsublicensable license to access the Site, and use and display the Company Content (excluding any software code) solely for your personal, non-commercial use in connection with your authorized use of the App. Except as expressly permitted by the Company, you may not copy, download, stream capture, reproduce, duplicate, archive, upload, modify, translate, publish, broadcast, transmit, retransmit, distribute, perform, display, sell or otherwise use any Company Content.

Except as expressly permitted by the Company, you are strictly prohibited from creating works or materials (including but not limited to fonts, icons, link buttons, wallpaper, desktop themes, on-line postcards, montages, mash-ups and similar videos, greeting cards and unlicensed merchandise) that derive from or are based on the Company Content. This prohibition applies regardless of whether the derivative works or materials are sold, bartered or given away. You may not either directly or through the use of any device, software, internet site, web-based service or other means remove, later, bypass, avoid interfere with, or circumvent any copyright, trademark, or other proprietary notices marked on the Company Content or any digital rights management mechanism, device, or other content protection or access control measure associated with the Company Content including geo-filtering mechanisms. Furthermore, you may not create, recreate, distribute or advertise an index of any significant portion of the Company Content unless authorized by the Company. You may not build a business utilizing the Company Content, whether or not for profit.

**Your Use of the Services**

The Services are offered for your personal use only and may not be used for commercial purposes unless specifically endorsed or authorized by the Company. The Company reserves the right to remove commercial content in its sole discretion. You understand that you are responsible for all content that you post, upload, transmit, email or otherwise make available on, through or in connection with the Services (collectively, "User Content"). Accordingly, please choose carefully the information that you post on, through or in connection with the Services. You understand that the Company does not control the User Content and the Company assumes no responsibility or liability for objectionable User Content. If you become aware of misuse of the Services, please report this immediately to the Company. The Company assumes no responsibility for monitoring the Services for inappropriate User Content or conduct. If at any time, the Company chooses in its sole discretion to monitor the Services, the Company nonetheless assumes no responsibility for User Content other than Company Content, and assumes no obligation to modify or remove any inappropriate User Content, or responsibility for the conduct of any user.

You agree not to use the Services to:

- Post, upload or otherwise transmit or link to content that is: unlawful; threatening; harmful; abusive; pornographic or includes nudity; offensive; harassing; excessively violent; tortuous; defamatory; invasive of another's privacy, publicity, copyright, trademark, patent, trade secret, contract or other rights; false or misleading; obscene; vulgar; libelous; hateful; or discriminatory;

- Violate the rights of others including patent, trademark, trademark, trade secret, copyright, privacy, publicity or other proprietary rights;

- Harass or harm another person;

- Exploit or endanger a minor;

- Impersonate or attempt to impersonate any person or entity;

- Introduce or engage in activity that involves the use of viruses, bots, worms, or any other computer code, files or programs that interrupt, destroy, or limit the functionality of any computer software or hardware or telecommunications equipment, or otherwise permit the unauthorized use of or access to a computer or a computer network;

- Interfere with, damage, disable, disrupt, impair, create an undue burden on, or gain unauthorized access to the Services, including the App and the Company's servers, networks or accounts;

- Cover, remove, disable, block or obscure advertisements or other portions of the Services;

- Use technology or any automated system such as scripts or bots in order to collect usernames, passwords, email addresses or other data from the Services, or to circumvent or modify any security technology or software that is part of the Services;

- Solicit, collect or request any personal information for commercial or unlawful purposes;

- Post, upload or otherwise transmit an image or video of another person without that person's consent;

- Engage in commercial activity (including but not limited to sales, contests, or sweepstakes) without the Company's prior written consent;

- Use the Services to advertise or promote competing services;

- Use the Services in a manner inconsistent with any and all Applicable Law;

- Attempt, facilitate or encourage others to do any of the foregoing.

The Company reserves the right, but disclaims any obligation or responsibility, to remove User Content that violates this Agreement, as determined by the Company in its sole discretion. You acknowledge the Company reserves the right to investigate and take appropriate legal action against anyone who, in the Company's sole discretion, violates this Agreement, including but not limited to, terminating their access and/or reporting such User Content, conduct, or activity to law enforcement authorities.

You acknowledge, consent and agree that the Company may access, preserve or disclose information you provide to the Site or through the App, including User Content, when the Company has a good faith belief that such access, preservation or disclosure is necessary: (i) to protect or defend the legal rights or property of the Company, our parents, subsidiaries or affiliates ("Affiliated Company or Companies"), or their employees, agents and contractors (including enforcement of our agreements); (ii) to protect the

safety and security of users of the Services or members of the public including acting in urgent circumstances; (iii) to protect against fraud or for risk management purposes; (iv) to comply with the law or legal process, or (v) for any other purpose in compliance with the terms and conditions of the Company's Privacy Policy (as further described below).

**Message Boards, Public Forums and Social Media**

The Services may offer users the ability to post public messages on message boards, forums and through social media (collectively, "Forums") which may be open to the public generally, to all members of the Site, or to members of a specific Forum group on Craigslist. You acknowledge that messages posted on such Forums are public, and the Company cannot guarantee the security of any information you disclose through any Forum; you make such disclosures at your own risk. The Company is not responsible for the content or accuracy of any information posted on a Forum, and shall not be responsible for any decisions made based on such information. The Company reserves the right, but disclaims any obligation or responsibility, to prevent you from posting information (including User Content) to any Forum and to restrict or remove information (including User Content) from a Forum for any reason at any time.

**Your Proprietary Rights**

The Company does not claim any ownership rights in the User Content that you post, upload, email transmit, or otherwise make available on, through or in connection with the Services; provided, however, that User Content shall not include any content posted by a user that is already owned by the Company or any Affiliated Company. By posting any User Content on, through or in connection with the Services, you hereby grant to the Company and our Affiliated Companies, licensees and authorized users, a perpetual, non-exclusive, fully-paid and royalty-free, sublicensable, transferable (in whole or in part), worldwide license to use, modify, excerpt, adapt, create derivative works and compilations based upon, publicly perform, publicly display, reproduce, and distribute such User Content on, through or in connection with the Services or in connection with any distribution or syndication thereof to Third Party Services (as defined below), on and through all media formats now known or hereafter devised, for any and all purposes including, but not limited to, promotional, marketing, trade or commercial purposes. The Company's use of such User Content shall not require any further notice to you and such use shall be without the requirement of any permission from or payment to you or to any other person or entity. The Company reserves the right to limit the storage capacity of User Content that you post on, through or in connection with the Services.

You represent and warrant that: (i) you own the User Content posted by you on, through or in connection with the Services, or otherwise have the right to grant the license set forth in this Section, and (ii) the posting of User Content by you on, through or in connection with the Services and Third Party Services does not violate the privacy rights, publicity rights, copyrights, contract rights or any other rights of any person or entity. You agree to pay for all royalties, fees, and any other monies owing any person or entity by reason of the use of any User Content posted by you on or through the Services or Third Party Services.

**Copyrights and Other Intellectual Property**

The Company respects the intellectual property of others, and requires that our users do the same. You may not upload, embed, post, email, transmit or otherwise make available any material that infringes

any copyright, patent, trademark, trade secret or other proprietary rights of any person or entity. The Company has a policy of terminating repeat infringers' access to the Services in appropriate circumstances.

If you believe that any material displayed through the Services infringes your copyright, please send the Company's Copyright Agent a notification of claimed infringement with all of the following information: (a) identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works are covered by a single notification, a representative list of such works; (b) identification of the claimed infringing material and information reasonably sufficient to permit us to locate the material on the Services (such as the URL(s) of the claimed infringing material); (c) information reasonably sufficient to permit us to contact you, such as an address, telephone number, and, if available, an email address; (d) a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; (e) a statement by you that the above information in your notification is accurate and a statement by you, made under penalty of perjury, that you are the owner of an exclusive right that is allegedly infringed or are authorized to act on the owner's behalf; and (f) your physical or electronic signature. The Company's Copyright Agent for notification of claimed infringement can be reached as follows: 8605 Santa Monica Blvd, #91106, Los Angeles, CA 90069-4109Attn: Copyright Agent and Legal Department. The Company's Copyright Agent for notification of claimed infringement can also be reached electronically at ip@PageRage.com.

**Third Party Links and Services**

The Services may provide, or third parties may provide, links to other websites, applications, resources or other services created by third parties ("Third Party Services"). When you engage with a Third Party Service, you are interacting with the third party, not with the Company. If you choose to use a Third Party Service and share information with it, the Third Party Services may use and share your data in accordance with the Third Party Service's privacy policy and your privacy settings on such Third Party Service. In addition, the third party providing the Third Party Service may use other parties to provide portions of the application or service to you, such as technology, development or payment services. The Company is not responsible for and makes no warranties, express or implied, as to the Third Party Services or the providers of such Third Party Services (including, but not limited to, the accuracy or completeness of the information provided by such Third Party Service or the privacy practices thereof). Inclusion of any Third Party Service or a link thereto on the Services does not imply approval or endorsement of the Third Party Service. The Company is not responsible for the content or practices of any websites other than the Site, even if the website links to the Site, and even if it is operated by an Affiliated Company or a company otherwise connected with the Site. By using the Services, you acknowledge and agree that the Company is not responsible or liable to you for any content or other materials hosted and served from any website other than the Site. When you access Third Party Services, you do so at your own risk. The Company encourages you not to provide any personally identifiable information to any Third Party Service unless you know and are comfortable with the party with whom you are interacting.

**Privacy**

Use of the Services is also governed by our Privacy Policy, available at http://www.PageRage.com/PrivacyPolicy.aspx, which is incorporated by reference into this Agreement.

**Disclaimers**

The download and use of the Services is at your own risk. The Services are provided "AS-IS" and "as available" and the Company does not guarantee or promise any specific results from use of the Services. The Company expressly disclaims any warranties and conditions of any kind, whether express or implied, including but not limited to, the implied warranties of merchantability, fitness for a particular purpose and non-infringement. In particular, the Company makes no warranty that your use of the Services will be uninterrupted, timely, secure or error-free or that any information obtained by you on, through or in connection with the Services or Third Party Services (including but not limited to, through third party advertisements) will be accurate or reliable. Under no circumstances will the Company be responsible for any loss or damage, including but not limited to, property damage, personal injury or death, resulting from use of the Services, problems or technical malfunction in connection with use of the Services, any material downloaded or otherwise obtained in connection with the Services, third party advertisement or Third Party Service posted on, through or in connection with the Services, or the conduct of any users of the Services, whether online or offline. Your use of third party advertisements, Third Party Services and the goods or services provided by any third parties is solely your responsibility and at your own risk. Third party advertisements and Third Party Services do not necessarily reflect the opinions or policies of the Company.

**Limitation on Liability**

IN NO EVENT WILL THE COMPANY BE LIABLE TO YOU OR ANY THIRD PARTY FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES, INCLUDING, WITHOUT LIMITATION, LOST PROFIT DAMAGES ARISING FROM YOUR USE OF THE COMPANY SERVICES, EVEN IF COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN, THE COMPANY'S LIABILITY TO YOU FOR ANY CAUSE WHATSOEVER AND REGARDLESS OF THE FORM OF THE ACTION, WILL AT ALL TIMES BE LIMITED TO THE AMOUNT PAID, IF ANY, BY YOU TO THE COMPANY FOR THE COMPANY SERVICES DURING THE TERM OF YOUR USE OF THE COMPANY SERVICES.

CERTAIN STATE LAWS MAY NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO YOU AND YOU MAY HAVE ADDITIONAL RIGHTS.

**Agreement to Pre-Arbitration Notification**

This Agreement provides for final, binding arbitration of all disputed claims (discussed immediately below). The laws of the State of California will govern this Agreement, without regard to conflicts of law provisions. The Company and you agree, however, that it would be advantageous to discuss and hopefully resolve any disputes before arbitration proceedings or any other proceedings authorized herein are initiated. In the event of a dispute, you shall send a letter to the Company briefly summarizing the claim and the request for relief. The letter shall be sent to Theme Your World LLC 8605 Santa Monica Blvd, #91106, Los Angeles, CA 90069-4109; Attn: Legal Department. If the dispute is not resolved within 60 days after the letter is sent, you may proceed to initiate arbitration proceedings or any other proceedings authorized herein.

**Agreement to Arbitrate Claims**

Except to the limited extent noted below, any controversy, claim or dispute arising out of or relating in any way to your use of the Site and Services shall be resolved by final and binding arbitration. The arbitration shall take place in San Diego County, California in accordance with the Commercial Arbitration Rules and the Consumer-Related Disputes Supplementary Procedures of the American Arbitration Association (collectively, the "Rules"). Unless either party or the arbitrator requests a hearing, the parties will submit their arguments and evidence to the arbitrator in writing. The arbitrator will make an award based only on the documents. This is called a Desk Arbitration. If any party makes a written request for a hearing within ten days after the American Arbitration Association acknowledges receipt of a claimant's demand for arbitration (or the arbitrator requests a hearing), the parties shall participate in a telephone hearing. In no event shall the parties be required to travel to San Diego to participate in the arbitration.

If you decide to commence arbitration, the provider will require you to pay a filing fee (which currently is $125 for claims under $10,000). If your filing fee is more than $125, the Company will reimburse you for any excess fee promptly after it receives notice of your arbitration. If the arbitrator ultimately rules in your favor, the Company will also reimburse you for the $125 base fee.

This arbitration agreement is subject to the Federal Arbitration Act and is enforceable pursuant to its terms on a self-executing basis. Either party may seek enforcement of this provision in any court of competent jurisdiction.

The arbitrator shall determine any and all challenges to the arbitrability of a claim.

The arbitral award shall be judicially enforceable. Any court of competent jurisdiction may, and upon request shall, enter judgment on the arbitral award. Either party may seek confirmation (judgment on the award) and/or enforcement in any court of competent jurisdiction.

Notwithstanding any provision in the Rules to the contrary, and with the exception of Desk Arbitrations, the Federal Rules of Evidence shall govern the admissibility of evidence in any arbitral proceeding.

Both you and the Company waive the right to bring any claim covered by this dispute resolution provision as a class, consolidated, representative, collective, or private attorney general action, or to participate in a class, consolidated, representative, collective, or private attorney general action regarding any claim covered by this dispute resolution provision brought by anyone else.

Notwithstanding any provision in the Rules to the contrary, the arbitrator shall not have the authority or any jurisdiction to hear the arbitration as a class, consolidated, representative, collective, or private attorney general action or to consolidate, join, or otherwise combine the claims of different persons into one proceeding.

If a proposed class, consolidated, representative, collective, or private attorney general action arbitration is initiated notwithstanding the above-prohibition and it is finally determined by the arbitrator (or a court of competent jurisdiction) that the waiver specified herein is not enforceable, then the arbitration proceedings shall be bifurcated as follows and notwithstanding any provision in the Rules to the contrary: 1. The issue of arbitrability shall be determined by the arbitrator pursuant to the applicable rules and substantive law. 2. Assuming the arbitrator concludes that the arbitration may proceed, said arbitration shall be stayed, and the issue of whether to certify any alleged or putative class

for a class action (or other representative) proceeding shall be presented to and decided by a court of competent jurisdiction. The arbitrator shall not have authority or jurisdiction to decide class certification (or any similar representative action) issues. The decision to certify or not certify a class action (or to otherwise permit the action to proceed on a representative basis) shall be appealable in the judicial proceedings consistent with the rules and law governing the appeals of interlocutory decisions or class certification (or similar) rulings specifically, if appropriate. 3. Once any issues regarding class certification (and/or similar representative requirements) have been finally decided by the court, the arbitrator will have authority to decide the substantive claims on an individual or a class (or other representative) basis, as may be determined and directed by the court.

**Appeal Rights**

The arbitrator(s) shall not have the power to commit errors of law or legal reasoning, make clearly erroneous factual findings, or abuse his or her discretion, and the award may be vacated or corrected on appeal to a court of competent jurisdiction for any such error.

**Opting-Out of Dispute Resolution Procedure and Class Action Waiver**

You may elect to opt out (exclude yourself) from the final, binding arbitration procedure and the class action waiver specified in this Agreement by doing the following. Within 30 days of downloading the App, you must send a letter to Theme Your World LLC, 8605 Santa Monica Blvd, #91106, Los Angeles, CA 90069-4109; Attn: Legal Department that specifies (1) your name, (2) your mailing address, and (3) your request to be excluded from the final, binding arbitration procedure and class action waiver specified in this Agreement. All other terms shall continue to apply, including the requirement to participate in pre-dispute mediation, and all disputes will be resolved in the state or federal courts in San Diego County, California. Notwithstanding any provision herein to the contrary, we agree that, if the Company makes any future change to the dispute resolution procedure and class action waiver provisions (other than a change to the Company's address), you may reject any such change by sending a letter to the Company within 30 days of the change to the address provided above. By rejecting any future change, you are agreeing that you will arbitrate any dispute between us in accordance with the language of this provision.

Your letter must be postmarked by the applicable 30-day deadline to be effective. You are not required to send the letter by confirmed mail or return receipt requested, but it is recommended that you do so. Your request to be excluded will only be effective and enforceable if you can prove that the request was postmarked within the applicable 30-day deadline.

**Indemnity**

You agree to indemnify and hold the Company, its Affiliated Companies, contractors and other partners, and each of their respective officers, agents, partners and employees, harmless from any loss, liability, claim, or demand (including reasonable attorneys' fees), made by any third party due to or arising out of your use of the Site or the Services, your breach of this Agreement, your violation of any rights of any third party (including any third party website terms of service or privacy policies), or from any content that you post or otherwise submit on, through or in connection with the Services. Your indemnification obligation will survive this Agreement and your use of the Site and the Services.

**Other**

The failure of the Company to exercise or enforce any right or provision of this Agreement will not operate as a waiver of such right or provision. The Section titles in this Agreement are for convenience only and have no legal or contractual effect. PageRage is a trademark of Theme Your World LLC. This Agreement operates to the fullest extent permissible by law. If any provision of this Agreement is unlawful, void or unenforceable, that provision is deemed severable from this Agreement and does not affect the validity and enforceability of any remaining provisions.

If you have questions about this Agreement, please contact us as described below:

Theme Your World LLC
8605 Santa Monica Blvd, #91106
Los Angeles, CA 90069-4109
Attn: Legal Department
terms@PageRage.com