# MINUTES OF THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Case Name:     **Sambreel Holdings, LLC et al. v. Facebook, Inc.**     Case Number:     **12cv668-CAB (KSC)**

Hon. Cathy Ann Bencivengo          Ct. Deputy Lori Hernandez          Rptr. Tape:

In light of Magistrate Judge Crawford's order denying Defendant's request for additional preliminary discovery [Doc. No. 36,] the Court hereby **RESETS** the hearing on the Plaintiff's Motion for Preliminary Injunction [Doc. No. 3] for **August 9, 2012** at **10:00 a.m.** in **Courtroom 2** before Hon. Cathy Ann Bencivengo.  Defendant's opposition to the motion shall be filed on or before **July 13, 2012** and Plaintiffs' reply brief shall be filed on or before **July 27, 2012**.

The Court will also hear oral argument as to Defendant's Motion to Dismiss [Doc. No. 22] at that time and the hearing set for Friday, June 22, 2012 is therefore **VACATED**.

Date:     June 19, 2012

Initials: BFG