James F. Basile (SBN 228965)
james.basile@kirkland.com
Elizabeth L. Deeley (SBN 230798)
elizabeth.deeley@kirkland.com
Adam L. Gray (SBN 262557)
adam.gray@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Susan Marie Davies (*Admitted pro hac vice*)
susan.davies@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Attorneys for Defendant
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBREEL HOLDINGS LLC; YONTOO LLC; and THEME YOUR WORLD LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | CASE NO. 12-CV-00668-CAB-KSC<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**<br><br>Judge:  Magistrate Karen S. Crawford |

1  The parties to this action, Plaintiffs Sambreel Holdings LLC, Yontoo LLC and Theme Your
2  World LLC, and Defendant Facebook, Inc., bring this Joint Motion for Entry of Stipulated Protective
3  Order requesting the Court enter the proposed Stipulated Protective Order attached hereto as
4  Exhibit A.  The parties agree to all the terms stated in the proposed Stipulated Protective Order.

DATED:  July 13, 2012                    Respectfully submitted,

                                         KIRKLAND & ELLIS LLP


                                         */s/ Elizabeth L. Deeley*
                                         James F. Basile
                                         james.basile@kirkland.com
                                         Elizabeth L. Deeley
                                         elizabeth.deeley@kirkland.com
                                         Adam L. Gray
                                         adam.gray@kirkland.com
                                         Susan Marie Davies (*Admitted pro hac vice*)
                                         susan.davies@kirkland.com

                                         Attorneys for Defendant Facebook, Inc.


                                         */s/ Robert Klinck*
                                         Robert Klinck (*Admitted pro hac vice*)
                                         rklinck@kotchen.com
                                         Daniel Kotchen (*Admitted pro hac vice*)
                                         dkotchen@kotchen.com
                                         Daniel Low (*Admitted pro hac vice*)
                                         dlow@kotchen.com
                                         Gregory P. Olson
                                         greg@olsonesq.com

                                         Attorneys for Plaintiff
                                         Sambreel Holdings LLC; Yontoo LLC; and Theme
                                         Your World LLC

**ATTESTATION**

I, Elizabeth L. Deeley, am the ECF user whose ID and password are being used to file this document and attest that concurrence in the filing of this document has been obtained from the signatories. I declare under penalty of perjury that the foregoing is true and correct.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2012, I electronically filed the foregoing **JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** with the Clerk of the court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the Court's Electronic Mail Notice List.

Dated:  July 13, 2012

/s/ *Elizabeth L. Deeley*
Elizabeth L. Deeley