# Appendix A:  Examples of PageRage User Complaints

## 1.  Examples of Complaints About PageRage Impairing Facebook's Appearance



***

***

***

***

---

[1] Compendium of Exhibits in Support of Defendant Facebook, Inc.'s Opposition to Plaintiffs' Motion for Preliminary Injunction ("Compendium"), Ex. 49, p. 473 (SH0053808).  User complaints have been reproduced in this Appendix as written.

[2] Compendium, Ex. 49, p. 522 (SH0067159)

[3] Compendium, Ex. 49, p. 499 (SH0063928)

[4] Compendium, Ex. 49, p. 409 (SH0020616)

There are ads all through my news feed and I can't get rid of them. I have problems updating my status unless I use my wireless. I cannot click on the status updates on the right side of my page to see what people are commenting on. Nothing comes up.[5]

\*\*\*

\*\*\*

---

[5] Compendium, Ex. 20, p. 150
[6] Compendium, Ex. 49, p. 503 (SH0064369)
[7] Compendium, Ex. 49, p. 432 (SH0021787)

### 2.  Examples of Complaints About PageRage Impairing Facebook's Proper Functioning



***



***

There are ads all through my news feed and I can't get rid of them. I have problems updating my status unless I use my wireless. I cannot click on the status updates on the right side of my page to see what people are commenting on. Nothing comes up.[10]

***

ads are taking over my homepage, profile, and all the pages I view when I log on. They are slowing down my connection.[11]

***

---

[8] Compendium, Ex. 49, p. 371 (SH0017181)
[9] Compendium, Ex. 49, p. 389 (SH0019231)
[10] Compendium, Ex. 20, p. 150
[11] Compendium, Ex. 20, p. 157



\*\*\*

\*\*\*

\*\*\*

---

[12] Compendium, Ex. 49, p. 340 (SH0015559)
[13] Compendium, Ex. 49, p. 417 (SH0021156)
[14] Compendium, Ex. 49, p. 369 (SH0016991)
[15] Compendium, Ex. 49, p. 454 (SH0037172)

### 3.  Examples of Complaints Showing Harm to Facebook's User Relationships



\*\*\*

It's disruptive and I don't want to see ad popping up between my friends comments. I don't mind on the side of the page, but not between my comments.  I would hate to discontinue my subscription to Facebook, but it worries me and I don't want disrepectful ads on my wall.[17]

\*\*\*

why are you allowing advertisers to advertise all over people's page?[18]

\*\*\*

\*\*\*

---

[16] Compendium, Ex. 49, p. 493 (SH0062621)
[17] Compendium, Ex. 20, p. 148
[18] Compendium, Ex. 22, p. 191
[19] Compendium, Ex. 49, p. 412 (SH0020781)

is fb really going to do this pagerage crap? …damn fb, you've been good to us thus far don't turn into myspace.[20]

\*\*\*



\*\*\*

\*\*\*

---

[20] Compendium, Ex. 46, p. 339
[21] Compendium, Ex. 49, p. 515 (SH0065940)
[22] Compendium, Ex. 49, p. 321 (SH0012095)
[23] Compendium, Ex. 49, p. 328 (SH0012235)

### 4. Examples of Complaints About PageRage
### Displaying Too Many Advertisements



\*\*\*



\*\*\*



\*\*\*

ads are taking over my homepage, profile, and all the pages I view when I log on. They are slowing down my connection.[27]

\*\*\*

---

[24] Compendium, Ex. 49, p. 408 (SH0020518)
[25] Compendium, Ex. 49, p. 342 (SH0015675)
[26] Compendium, Ex. 49, p. 333 (SH0014821)
[27] Compendium, Ex. 20, p. 157

8

[28] Compendium, Ex. 49, p. 393 (SH0019618)

### 5. Examples of Complaints About PageRage Displaying Annoying Advertisements



\*\*\*



\*\*\*



\*\*\*



\*\*\*

---

[29] Compendium, Ex. 49, p. 351 (SH0015862)
[30] Compendium, Ex. 49, p. 370 (SH0017121)
[31] Compendium, Ex. 49, p. 526 (SH0067772)
[32] Compendium, Ex. 49, p. 420 (SH0021286)

It's disruptive and I don't want to see ad popping up between my friends comments. I don't mind on the side of the page, but not between my comments.  I would hate to discontinue my subscription to Facebook, but it worries me and I don't want disrepectful ads on my wall.[33]

---

[33] Compendium, Ex. 20, p. 148

## 6.  Examples of Complaints About PageRage
## Displaying Offensive Advertisements

This add is sexually inappropriate and borderline pornographic. When you click on the link it takes you to http://www.getflirting.com/?tid=177214&1p=femail&ni=false which has XXX videos, adult arcade, and is geared to sexual things. This is disgusting and should not be allowed on facebook.[34]





***

This is the second ad of this nature. The girl is nearly naked, and there is no way to get her off the screen (like hiding an ad). It mimmicks facebook friends, but links to a dating site or something. It is really nasty and I don't want it on my screen.[37]

***

It has sexually suggestive ads with half nude woman in bathing suites saying "chat now" and " looking for a boyfriend?" all text has been written in the picture file. Their boobs are barely covered, and some have woman pulling their pants very very low. It's so embarrassing to even look at the newsfeed, I'm afraid someone

---

[34] Compendium, Ex. 17, p. 87
[35] Compendium, Ex. 49, p. 485 (SH0058411)
[36] Compendium, Ex. 49, p. 527 (SH0067927)
[37] Compendium, Ex. 17, p. 89

will think I'm looking at porn. The bait and switch ones are bad too, but the porn ones are the worst. Hopefully they are not approved. I wound've uploaded a screenshot, but I can't get the ad to replicate, I've refresed for a food 10min. If I can, I'll send an addendum email.[38]

***

These pornographic ad appears on my wall, and pages which I select.  It is disgusting to see this when I look in to Facebook with my parents and elders.[39]

---

[38] Compendium, Ex. 17, p. 95
[39] Compendium, Ex. 18, p. 123

## 7.  **Examples of Complaints Attributing PageRage to Facebook**

This ad makes me leave facebook. My relationship with facebook is turning sour all because of this ad. I don't care if it flashes, I almose don't care that it is there (though I really hat ads), but I do care that it yells "Congradulations you've won". It might no be bad if it did it only once. But it does it every single friggin time I load a page. Its driving me insane. So I do not want to comme to facebook any more. how the heck does an ad like that get put on? How is it allowed: Its crazy to allow sounds in ads. My guess is that facebook doesnt' care and would rather had ad dollars. Thats the problem when companies become giants. they lose their personable qualities  In closing, pelase remove it! THat must be a violation.[40]

*** 

Dear Sirs I do not care what you say, you have done something to allow these horrible ads on my FB site. I need you to remove them. There is no longer even a button that I can press to get rid of it so my husband will be subjected to seeing pics of women he would just as soon not see. I may have to discontinue using FB and close out my account.[41]

***



***

I tried to get a layout and it didn't take. Now I have ads in the middle of my facebook page. That is not what I wanted and not cool on facebook's part. I need

---

[40] Compendium, Ex. 22, p. 192
[41] Compendium, Ex. 18, p. 131
[42] Compendium, Ex. 49, p. 334 (SH0015395)



\*\*\*

\*\*\*

I did not notice these before yesterday and I am highly concerned for my privacy. I cannot click anywhere on these ads to report them as uninteresting or spam (no "X" shows up anywhere on the ad) and there is no adchoice button for me to click to make sure I am opted out. Not to mention they are extremely distracting and annoying. I hate them to begin with, but this is either some serious spam or, and I hope this is not the case, Facebook has gone too far.[45]

\*\*\*

---

[43] Compendium, Ex. 49, p. 372 (SH0017378)
[44] Compendium, Ex. 49, p. 343 (SH0015697)
[45] Compendium, Ex. 21, p. 183
[46] Compendium, Ex. 49, p. 455 (SH0037175)

## 8.   Examples of Complaints About Being Misled or Tricked Into Installing PageRage

***

***

***

***

---

[47] Compendium, Ex. 49, p. 346 (SH0015760)
[48] Compendium, Ex. 49, p. 347 (SH0015776)
[49] Compendium, Ex. 49, p. 359 (SH0016001)
[50] Compendium, Ex. 49, p. 409 (SH0020616)

---

[51] Compendium, Ex. 49, p. 375 (SH0018052)

## 9.   Examples of Complaints About Not Being Able to Uninstall PageRage

***

***

***

***

---

[52] Compendium, Ex. 49, p. 497 (SH0063587)
[53] Compendium, Ex. 49, p. 503 (SH0064369)
[54] Compendium, Ex. 49, p. 514 (SH0065821)
[55] Compendium, Ex. 49, p. 355 (SH0015950)

18



---

[56] Compendium, Ex. 49, p. 338 (SH0015524)

### 10.  <u>Examples of Complaints About PageRage Causing Security Issues</u>



\*\*\*



\*\*\*



---

57 Compendium, Ex. 49, p. 470 (SH0053166)
58 Compendium, Ex. 49, p. 319 (SH0011185)
59 Compendium, Ex. 49, p. 439 (SH0024651)