James F. Basile (SBN 228965)
james.basile@kirkland.com
Elizabeth L. Deeley (SBN 230798)
elizabeth.deeley@kirkland.com
Adam L. Gray (SBN 262557)
adam.gray@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Susan Marie Davies (*Admitted pro hac vice*)
susan.davies@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Attorneys for Defendant
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBREEL HOLDINGS LLC; YONTOO LLC; and THEME YOUR WORLD LLC,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>FACEBOOK, INC.,<br><br>　　　　Defendant. | CASE NO. 12-CV-00668-CAB-KSC<br><br>**DEFENDANT FACEBOOK, INC.'S UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE DECLARATIONS IN RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:　　　　Hon. Cathy Ann Bencivengo<br>Hearing Date:　August 9, 2012<br>Hearing Time:　10:00 a.m.<br>Dept.:　　　　Courtroom 2 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rule 83.3(h) and the Court's Civil Case Procedures, Defendant Facebook, Inc., by and through its counsel, respectfully submits this application, on an *ex parte* basis, for leave of the Court to file two declarations in response to Plaintiffs' Reply in Support of Motion for Preliminary Injunction.  Facebook seeks this relief on the grounds that it should be permitted to respond to previously undisclosed testimony introduced in the Declaration of Matthew Adams, submitted by plaintiffs in Reply to the motion for a preliminary injunction, and that Facebook's defense of the motion will be harmed if the requested relief is not granted.  This application is based on this application for *ex parte* relief, the accompanying Declaration of Elizabeth L. Deeley, the accompanying Memorandum of Points and Authorities and the declarations attached as Exhibit 1 and Exhibit 2 thereto, the pleadings on file, and such further evidence as may be presented.

Facebook provided timely advance notice of this application to Plaintiffs' counsel.  *See* Decl. of Elizabeth L. Deeley ¶ 2-3.  Plaintiffs do not object to Facebook submitting the declarations attached to the Memorandum of Points and Authorities as Exhibits 1 and 2, and do not object to the Court's consideration of those declarations.  *Id.* ¶ 4.

DATED:  August 6, 2012                    Respectfully submitted,

                                            KIRKLAND & ELLIS LLP

                                            */s/ Elizabeth L. Deeley*
                                            Elizabeth L. Deeley
                                            elizabeth.deeley@kirkland.com
                                            James F. Basile
                                            james.basile@kirkland.com
                                            Adam L. Gray
                                            adam.gray@kirkland.com
                                            Susan Marie Davies (*Admitted pro hac vice*)
                                            susan.davies@kirkland.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2012, I electronically filed the foregoing **DEFENDANT FACEBOOK, INC.'S UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE DECLARATIONS IN RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** with the Clerk of the court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the Court's Electronic Mail Notice List and will be sent by overnight mail delivery to the following:

Daniel Kotchen
KOTCHEN & LOW LLP
2300 M Street NW, Suite 800
Washington, DC 20037

DATED:  August 6, 2012                    By: */s/ Elizabeth L. Deeley*
                                              Elizabeth L. Deeley