James F. Basile (SBN 228965)
james.basile@kirkland.com
Elizabeth L. Deeley (SBN 230798)
elizabeth.deeley@kirkland.com
Adam L. Gray (SBN 262557)
adam.gray@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Susan Marie Davies (*Admitted pro hac vice*)
susan.davies@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Attorneys for Defendant
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBREEL HOLDINGS LLC; YONTOO LLC; and THEME YOUR WORLD LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | CASE NO. 12-CV-00668-CAB-KSC<br><br>**DECLARATION OF ELIZABETH L. DEELEY IN SUPPORT OF UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE DECLARATIONS IN RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:         Hon. Cathy Ann Bencivengo<br>Hearing Date: August 9, 2012<br>Hearing Time: 10:00 a.m.<br>Dept.:          Courtroom 2 |

I, Elizabeth L. Deeley, declare:

1. I am an attorney licensed to practice law in the State of California and before this Court, and I am a partner with the law firm of Kirkland & Ellis LLP, attorneys of record for defendant Facebook, Inc. in the above-captioned matter. I have personal knowledge of the following facts and if called to testify as a witness would testify as follows:

2. On the morning of August 6, 2012, I emailed Robert Klinck, counsel for the plaintiffs, to notify him that Facebook planned to file an *ex parte* application seeking the Court's leave to file two declarations in response to new assertions that Sambreel raised for the first time in its Reply in support of the motion for a preliminary injunction. I also asked Mr. Klinck if he was available for a phone call to discuss this further. I included copies of the Supplemental Declaration of James E. Hung and the Second Declaration of Jud Hoffman in my email to Mr. Klinck.

3. I also called Mr. Klinck and left a voicemail asking him to return my call so that we could discuss Facebook's *ex parte* application.

4. Mr. Klinck returned my call today, and we discussed Facebook's proposed application. Mr. Klinck confirmed that plaintiffs do not object to Facebook submitting the two declarations I had sent him and do not object to the Court's consideration of those declarations.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 6 day of August 2012, at San Francisco, California.

*/s/ Elizabeth L. Deeley*
Elizabeth L. Deeley

DECLARATION OF ELIZABETH L. DEELEY         1         CASE NO: 12-CV-00668-CAB-KSC
IN SUPPORT OF UNOPPOSED EX PARTE APP.

# CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2012, I electronically filed the foregoing **DECLARATION OF ELIZABETH L. DEELEY IN SUPPORT OF DEFENDANT'S UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE DECLARATIONS IN RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** with the Clerk of the court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the Court's Electronic Mail Notice List and will be sent by overnight mail delivery to the following:

Daniel Kotchen
KOTCHEN & LOW LLP
2300 M Street NW, Suite 800
Washington, DC 20037

DATED: August 6, 2012

By: */s/ Elizabeth L. Deeley*
Elizabeth L. Deeley