UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBREEL HOLDINGS LLC; YONTOO LLC; and THEME YOUR WORLD LLC,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>FACEBOOK, INC.,<br><br>　　　　Defendant. | CASE NO. 12-CV-00668-CAB-KSC<br><br>**ORDER RE FACEBOOK, INC.'S UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE DECLARATIONS IN RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[Doc. No. 48]** |

The Court, having considered Facebook's Unopposed Ex Parte Application for Leave to File Declarations in Response to Plaintiffs' Reply in Support of Motion for Preliminary Injunction, and for good cause shown, hereby orders:

Facebook's ex parte application is hereby GRANTED, and Facebook is authorized to file the Second Declaration of Jud Hoffman and the Supplemental Declaration of James E. Hung in Support of Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction.

**IT IS SO ORDERED.**

**August 7, 2012**
Dated

　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge