James F. Basile (SBN 228965)
james.basile@kirkland.com
Elizabeth L. Deeley (SBN 230798)
elizabeth.deeley@kirkland.com
Adam L. Gray (SBN 262557)
adam.gray@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Susan Marie Davies (*Admitted pro hac vice*)
susan.davies@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Attorneys for Defendant
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBREEL HOLDINGS LLC; YONTOO LLC; and THEME YOUR WORLD LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | CASE NO. 12-CV-00668-CAB-KSC<br><br>**DEFENDANT'S NOTICE OF PARTIAL WITHDRAWAL OF MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(3) AND 12(B)(6)**<br><br>Judge:   Hon. Cathy Ann Bencivengo |

1   TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that, pursuant to Rule 7.1(g) of the local rules of the United States District Court for the Southern District of California, Defendant Facebook, Inc. ("Facebook"), by and through its counsel, hereby partially withdraws its Motion to Dismiss Complaint (Doc. No. 22) to the extent that such motion is predicated upon improper venue under Rule 12(b)(3).  Facebook maintains all remaining grounds in support of its motion.


DATED:  August 10, 2012           KIRKLAND & ELLIS LLP


                                  */s/ Elizabeth L. Deeley*
                                  James F. Basile
                                  james.basile@kirkland.com
                                  Elizabeth L. Deeley
                                  elizabeth.deeley@kirkland.com
                                  Adam L. Gray
                                  adam.gray@kirkland.com
                                  Susan Marie Davies (*Admitted pro hac vice*)
                                  susan.davies@kirkland.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2012, I electronically filed the foregoing **DEFENDANT'S NOTICE OF PARTIAL WITHDRAWAL OF MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(3) AND 12(B)(6)** with the Clerk of the court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the Court's Electronic Mail Notice List and via the United States Postal Service to the following:

Daniel Kotchen
KOTCHEN & LOW LLP
2300 M Street NW, Suite 800
Washington, DC 20037

DATED:  August 10, 2012                By: */s/ Elizabeth L. Deeley*
                                            Elizabeth L. Deeley