Gregory P. Olson (Ca. Bar No. 177942)
LAW OFFICE OF GREGORY P. OLSON
501 West Broadway, Suite 1370
San Diego, CA 92101
Telephone: (619) 564-3650
Facsimile: (619) 233-1969
greg@olsonesq.com

Daniel Kotchen (*Pro Hac Vice*)
Daniel Low (*Pro Hac Vice*)
Robert Klinck (*Pro Hac Vice*)
KOTCHEN & LOW LLP
2300 M Street NW, Suite 800
Washington, DC 20037
Telephone (202) 416-1848
Facsimile: (202) 280-1128
dkotchen@kotchen.com
dlow@kotchen.com
rklinck@kotchen.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBREEL HOLDINGS LLC; YONTOO LLC; and THEME YOUR WORLD LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 3:12-CV-00668-CAB-KSC <br><br> **PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND IN OPPOSITION TO FACEBOOK, INC.'S MOTION TO DIMISS.** <br><br> Judge:          Hon. Cathy Ann Bencivengo |

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2        Pursuant to Civil Local Rule 83.3(h) and the Court's Civil Case Procedures, Plaintiffs Sambreel

3    Holdings LLC, Yontoo LLC, and Theme Your World LLC (collectively "Sambreel"), by and through

4    their counsel, respectfully submit this application on an *ex parte* basis, for leave of the Court to file a

5    Supplemental Authority in Support of Motion for Preliminary Injunction and in Opposition to Facebook,

6    Inc.'s Motion to Dismiss.  Sambreel seeks this relief on the ground that it should be permitted to provide

7    the Court with citations to prior cases that directly address the issues that were addressed at the oral

8    argument held on August 9, 2012.  This application is based on this application for *ex parte* relief, the

9    accompanying Memorandum of Points and Authorities, the accompanying Declaration of Robert Klinck.

10   The proposed Supplemental Authority is attached hereto as Exhibit A.

11       Sambreel provided timely advance notice of this application to Facebook's counsel.  *See* Decl. of

12   R. Klinck ¶¶ 2-7.  Facebook objects to the relief requested in this Application.

13

14   Dated:  August 20, 2012                    LAW OFFICE OF GREGORY P. OLSON

15                                              By:  s/  Gregory P. Olson

16                                                   Attorney for Plaintiffs
                                                    E-mail: greg@olsonesq.com

17
                                               and
18
                                               KOTCHEN & LOW LLP
19                                                  DANIEL KOTCHEN
                                                    DANIEL LOW
20                                                  ROBERT KLINCK

21

22

23

24

25

26

27

28

1

### <u>CERTIFICATE OF SERVICE</u>

2   The undersigned hereby certifies that all counsel of record who have consented to electronic

3 service are being served with a copy of this EX PARTE APPLICATION FOR LEAVE TO FILE

4 SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

5 AND IN OPPOSITION TO FACEBOOK, INC.'S MOTION TO DISMISS via the CM/ECF system on

6 August 20, 2012.

7 Dated: August 20, 2012        By: <u>s/  Gregory P. Olson</u>

8                   Attorney for Plaintiffs
                   E-mail: greg@olsonesq.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28