# Exhibit B

# Robert A. Klinck

| | |
|---|---|
| **From:** | Deeley, Elizabeth L. [edeeley@kirkland.com] |
| **Sent:** | Friday, August 17, 2012 3:18 PM |
| **To:** | Robert A. Klinck; Basile, James F. |
| **Subject:** | RE: Sambreel Holdings LLC v. Facebook, Inc. |

Robert,

We disagree that it would be appropriate to submit additional briefing to the court on those cases, especially since none of them are new (and you already cited and discussed the WhenU.com case in your Reply brief), none of them involve any of the antitrust issues that the court addressed at the hearing, and the court made clear that there has already been a "tremendous amount of material filed with the court" on these issues. Facebook would not oppose Sambreel seeking leave to file a supplemental notice of authority of no more than 5 pages, provided that (i) any such leave is conditioned on Facebook having an opportunity to file a response of the same length, (ii) Sambreel does not actually submit the notice of supplemental authority to the court (as an attachment to the ex parte motion or otherwise) until the court has expressly granted leave to do so, and (iii) Sambreel notifies the Court of Facebook's position (as described above) that it does not think Sambreel's supplemental briefing is appropriate.

Let me know if you would like to discuss.

Best,
Beth


Elizabeth L. Deeley
Kirkland & Ellis LLP
555 California Street, Suite 2700
San Francisco, CA 94104
(415) 439-1861
(415) 277-6166 Direct Fax

---

**From:** Robert A. Klinck [mailto:rklinck@kotchen.com]
**Sent:** Thursday, August 16, 2012 3:18 PM
**To:** Basile, James F.; Deeley, Elizabeth L.
**Subject:** Sambreel Holdings LLC v. Facebook, Inc.

Jim & Beth,

We intend to file an *Ex Parte* Application for Leave to File Notice of Supplemental Authority with the Court tomorrow. We intend to bring the court's attention to four cases that are relevant to the issue of whether Facebook has any property rights in the visual representations that appear on its users' computers: *Wells Fargo & Co. v. WhenU.com, Inc.*, 293 F. Supp. 2d 734 (E.D. Mich. 2003); *1-800 Contacts, Inc. v. WhenU.Com, Inc.*, 414 F.3d 400 (2d Cir. 2005); *U-Haul Int'l, Inc. v. WhenU.com, Inc.*, 279 F. Supp. 2d 723 (E.D. Va. 2003); *Lewis Galoob Toys, Inc. v. Nintendo of America, Inc.*, 964 F.2d 965 (9th Cir. 1992). In light of the Court's focus on the property right issue at the oral argument, we believe that it is appropriate to bring these cases to the Court's attention.

Please let me know whether Facebook will agree to Sambreel's request for leave to file a Notice of Supplemental Authority. We obviously would agree that you would have the opportunity to file a response of equal length to our filing. I will be available to discuss this anytime tomorrow. You can reach me at 202-604-8662.

Bobby

Robert A. Klinck
Kotchen & Low LLP
2300 M Street NW, Ste. 800
Washington, D.C. 20037
rklinck@kotchen.com
(202) 604-8662


***********************************************************

IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***********************************************************