IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMBREEL HOLDINGS LLC; YONTOO LLC; and THEME YOUR WORLD LLC,<br><br>        Plaintiffs,<br><br>        vs.<br><br>FACEBOOK, INC.,<br><br>        Defendant. | Case No. 3:12-CV-00668-CAB-KSC<br><br>**ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND IN OPPOSITION TO FACEBOOK, INC.'S MOTION TO DIMISS.**<br><br>[Doc. No. 54 |

The Court, having considered Plaintiffs' Ex Parte Application for Leave to File Supplemental Authority in Support of Motion for Preliminary Injunction and Opposition to Facebook, Inc.'s Motion to Dismiss, and for good cause shown, hereby orders:

Plaintiffs' ex parte application is hereby **GRANTED**, and Plaintiffs are authorized to file Plaintiffs' Supplemental Authority in Support of Motion for Preliminary Injunction and in Opposition to Facebook, Inc.'s Motion to Dismiss (Exhibit A to Declaration of Robert Klinck in Support of Ex Parte Application).

Defendant may file a response, not to exceed five pages in length, by no later than **August 29, 2012**.

**IT IS SO ORDERED.**

Dated: **August 21, 2012**

_____

Hon. Cathy Ann Bencivengo
United States District Judge

12-CV-00668-CAB-KSC